# EXHIBIT

# F

# EXHIBIT F

## DEFENDANT'S DEPOSITION DESIGNATIONS

## DEFENDANT'S GENERAL DESIGNATIONS

1.   **BARRY ARNOLD**

| DEFENDANT'S DESIGNATIONS FOR BARRY ARNOLD | PLAINTIFF'S OBJECTIONS |
|---|---|
| 643:16-655:23 | |
| 657:1-10 | |
| 658:12-673:3 | |
| 673:9-685:2 | |
| 685:6-686:2 | |
| 686:22-690:11 | |
| 690:15-694:6 | [692,05-692,21] Calls for speculation; Foundation |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR BARRY ARNOLD | PLAINTIFF'S OBJECTIONS |
|---|---|
| 18:20-24:23 | |
| 25:17-27:15 | |
| 28:23-31:8 | |
| 33:1-34:9 | |
| 35:15-36:9 | |
| 39:10-20 | |
| 56:3-57:24 | [56:03-56:18] Non-responsive |
| 59:13-17 | |
| 59:20-60:20 | [60:17-61:23] Non-responsive |
| 60:23-63:4 | [60:17-(61:23] Non-responsive |
| 66:8-67:14 | |
| 76:16-77:3 | |
| 77:4-18 | |
| 78:5-15 | |
| 87:5-19 (conditional) | |
| 126:18-127:21 | |
| 128:20-130:10 | [128:20-130:08] Non-responsive |
| 154:18-158:6 | |
| 182:17-183:10 | |
| 204:23-205:16 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR BARRY ARNOLD | PLAINTIFF'S OBJECTIONS |
|---|---|
| 215:1-216:12 | |
| 223:15-224:15 | |
| 367:5-368:5 (conditional) | |
| 370:8-371:7 (conditional) | |

2.     **DON BEAMISH**

| DEFENDANT'S DESIGNATIONS FOR DON BEAMISH | PLAINTIFF'S OBJECTIONS |
|---|---|
| 666:14-667:2 | |
| 667:16-18 | |
| 670:14-671:12 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR DON BEAMISH | PLAINTIFF'S OBJECTIONS |
|---|---|
| 37:24-38:7 | |
| 48:24-49:16 | |
| 51:2-52:16 | |
| 140:10-16 | |
| 161:5-14 | |
| 229:1-16 | |
| 245:11-14 | |
| 245:17-19 | |
| 282:9-23 | |
| 465:12-465:22 | |
| 470:3-6 | |
| 656:23-657:15 | |
| 678:12-679:14 | |
| 679:15-23 | |
| 680:10-681:23 | |
| 693:24-694:13 | |
| 694:19-695:7 | |
| 695:23-696:5 | |

3.    GEOFF BIRKETT

| DEFENDANT'S DESIGNATIONS FOR GEOFF BIRKETT | PLAINTIFF'S OBJECTIONS |
|---|---|
| 56:13-57:12 | |
| 84:1-85:10 | |
| 87:11-88:10 | |
| 90:17-91:9 | |
| 769:2-14 | |
| 769:17-772:11 | |
| 774:1-775:5 | |
| 777:16-22 | |
| 778:10-16 | |
| 781:14-20 | |
| 782:9-783:10 | |
| 785:2-12 | |
| 786:17-788:1 | |
| 790:21-792:3 | |
| 792:20-793:7 | |
| 795:3-14 | |
| 795:19-796:4 | |
| 797:2-799:20 | |
| 801:6-802:20 | |
| 802:24-803:17 | |
| 803:21-804:4 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR GEOFF BIRKETT | PLAINTIFF'S OBJECTIONS |
|---|---|
| 21:6-24 | |
| 24:10-18 | |
| 26:3-13 | |
| 27:2-8 | |
| 29:11-30:17 | |
| 40:13-41:21 | |
| 48:21-23 | |
| 49:13-50:5 | |
| 51:8-52:12 | |
| 72:19-73:2 | |
| 96:2-23; 97:8-16 | |
| 112:18-113:12 | |
| 123:6-124:8 | |
| 140:23-141:22 | |
| 150:4-17 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR GEOFF BIRKETT | PLAINTIFF'S OBJECTIONS |
|---|---|
| 173:9-23 | |
| 415:19-416:11 | |
| 416:22-417:7 | |
| 421:18-422:1 | |
| 424:14-425:2 | |
| 429:3-12 | |
| 560:13-20 | |
| 569:6-8 | |
| 581:24-582:18 | |
| 587:20-588:18 | |
| 632:2-13 | |
| 724:12-725:11 | |
| 726:21-24 | |
| 728:19-729:5 | |
| 729:23-730:8 | |
| 731:18-732:22 | |
| 733:23-736:20 | |
| 737:24-738:8 | |
| 738:12-742:6 | |
| 755:14-24 | |
| 758:15-20 | Hearsay |
| 758:21-759:22 | |
| 763:2-765:22 | |
| 766:24-768:2 | |

## 4.   MARTIN BRECHER

| DEFENDANT'S DESIGNATIONS FOR MARTIN BRECHER | PLAINTIFF'S OBJECTIONS |
|---|---|
| 33:10–24 | |
| 37:7–38:23 | |
| 42:1–46:11 | |
| 118:13–18 | |
| 121:12–128:14 | |
| 138:4–139:18 | |
| 145:11–146:1 | |
| 220:1–222:1 | |
| 222:7–23 | |
| 520:15–527:21 | |
| 553:8–21 | |

| DEFENDANT'S DESIGNATIONS FOR MARTIN BRECHER | PLAINTIFF'S OBJECTIONS |
|---|---|
| 568:15–569:12 | |
| 569:15–570:14 | |
| 595:12–596:2 | |
| 596:5–597:24 | |
| 602:3–20 | |
| 607:11–17 | |
| 607:20–609:4 | |
| 632:2–9 | |
| 640:11–641:12 | |
| 717:17–719:1 | |
| 891:3–892:20 | |
| 901:5–905:4 | |
| 905:15–906:14 | |
| 906:17–909:20 | |
| 910:8–914:12 | |
| 914:15-915:1 | |
| 916:1–20 | |
| 916:23–917:11 | |
| 918:2–23 | |
| 919:2–5 | |
| 919:8–11 | |
| 919:20–24 | |
| 920:1–2 | |
| 920:5 | |
| 920:24–924:23 | |
| 925:22–934:21 | |
| 939:24–943:20 | |
| 944:12–952:14 | |
| 954:13–955:6 | |
| 955:9–963:13 | |
| 963:16–973:10 | |
| 973:13–980:22 | |
| 981:1–991:6 | |
| 991:9–996:8 | |
| 997:12–1000:21 | |
| 1003:6–1006:1 | |
| 1006:3–22 | |
| 1015:7–1018:11 | |
| 1020:17–1021:9 | |
| 1021:11–1023:3 | |

| DEFENDANT'S DESIGNATIONS FOR MARTIN BRECHER | PLAINTIFF'S OBJECTIONS |
|---|---|
| 1023:13–1025:5 | |
| 1025:7–1028:6 | |
| 1033:18–1034:12 | |
| 1034:24–1038:12 | |
| 1057:24–1058:5 | |
| 1058:8–1059:16 | |
| 1060:12–1061:13 | |
| 1086:17–1087:18 | |
| 1088:4–1089:7 | |
| 1096:13–1097:5 | |
| 1141:21–1142:16 | |
| 1143:18–1144:24 | |
| 1145:20–1146:1–24 | |
| 1147:3–15 | |
| 1147:17–19 | |
| 1184:14–17 | |
| 1184:20–1185:8 | |
| 1185:10–15 | |
| 1185:19–21 | |
| 1185:24–1186:4 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR MARTIN BRECHER | PLAINTIFF'S OBJECTIONS |
|---|---|
| 75:2-13 | |
| 75:24-76:11 | |
| 99:23-101:12 | |
| 102:2 | |
| 106:3-21 | |
| 122:7-22 | |
| 123:24-124:13 | |
| 125:12-127:22 | |
| 130:6-9 | |
| 143:3-16 | |
| 207:9-20 | |
| 209:11-18 | |
| 210:22-211:1 | |
| 214:2-5 | |
| 220:6-16 | |
| 220:23-221:12 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR MARTIN BRECHER | PLAINTIFF'S OBJECTIONS |
|---|---|
| 222:7-23 | |
| 226:24-227:6 | |
| 242:4-243:8 | |
| 275:15-276:7 | |
| 276:11-17 | |
| 276:20-24 | |
| 277:17-278:14 | |
| 280:10-22 | |
| 286:17-287:22 | |
| 306:17-21 | |
| 307:1-8 | |
| 311:22-312:18 | |
| 347:23-348:15 | |
| 350:9-14 | |
| 353:6-18 | |
| 358:4-359:3 | |
| 359:23-360:11 | |
| 394:17-395:12 | |
| 428:16-429:3 | Non-responsive |
| 462:12-464:13 | |
| 464:20-465:3 | |
| 479:1-11 | |
| 481:18-482:11 | |
| 486:5-487:9 | |
| 568:15-569:6 | |
| 598:3-599:7 | |
| 602:3-20 | |
| 623:5-12 | |
| 627:9-14 | |
| 635:18-637:1 | |
| 896:20-897:6 | |
| 897:22-898:6 | |
| 898:9-14 | |
| 898:17-18 | |
| 898:20-23 | |
| 899:3-15 | |
| 899:18 | |
| 1007:10-23 | |
| 1008:8-23 | |
| 1009:2-1010:6 | |
| 1010:8-10 | |
| 1010:13-1012:12 | |

5.    VIKRAM DEV

| DEFENDANT'S DESIGNATIONS FOR VIKRAM DEV | PLAINTIFF'S OBJECTIONS |
|---|---|
| 525:14 – 563:8 | [538,02-538,20] Lacks personal knowledge; Not qualified psychiatrist; Outside area of expertise<br><br>[556,01-557,05] Calls for speculation; Assumes facts not in evidence |
| 563:11 – 573:12 | |
| 573:19 – 584:13 | [577,08-577,17] Leading |
| 584:18 – 588:8 | |
| 589:1 – 607:21 | [605,20-606,08] Foundation; Lacks personal knowledge; Not qualified psychiatrist; Outside area of expertise<br><br>[607,13-607,21] Foundation |
| 608:6 - 615:19 | [608,06-608,18] Foundation<br><br>[611,05-611,16] Speculation |
| 615:22 – 617:22 | |
| 618:1 – 630:3 | [624,24-625,03] Foundation |
| 631:17 – 634:4 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR VIKRAM DEV | PLAINTIFF'S OBJECTIONS |
|---|---|
| 20:8-16 | |
| 21:10-21:12 (before 21:13-21:21 for completeness) | |
| 27:2-14 | |
| 46:6-11 | |
| 49:9-22 | |
| 56:6-16 | |
| 58:5-10 | |
| 61:2-16 | |
| 68:14-20 | |
| 76:4-20 | |
| 84:16 (conditionally after 84:14-15 for completeness) | |
| 92:6-92:7 (conditionally after 91:15-92:5 for completeness) | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR VIKRAM DEV | PLAINTIFF'S OBJECTIONS |
| --- | --- |
| 119:13-120:15 (after 119:2-12 for completeness) | |
| 134:16-134:20 (after 134:11-15 for completeness) | |
| 135:23-136:5 (after 135:7-135:22 for completeness) | |
| 141:24-142:8 (after 135:7-135:22 for completeness) | |
| 211:5-211:22 (conditionally after 204:23-206:14 for completeness) | |
| 234:2-235:12 (conditionally after 231:14-233:11 for completeness) | |
| 236:11 – 237:12 | |
| 240:4-8 | |
| 243:15 -244:15 | |
| 245:24 – 246:8 | |
| 254:18-255:15 (after 253:23-254:14 for completeness) | |
| 490:23-493:12 (conditionally) | |
| 525:14 – 563:8 | |
| 563:11 – 573:12 | |
| 573:19 – 584:13 | |
| 584:18 – 588:8 | |
| 589:1 – 607:21 | |
| 608:6 - 615:19 | |
| 615:22 – 617:22 | |
| 618:1 – 630:3 | |
| 631:17 – 634:4 | |
| 641:2-648:6 | |
| 648:7 – 654:9 (conditionally) | |

6.     **WAYNE GELLER**

| DEFENDANT'S DESIGNATIONS FOR WAYNE GELLER | PLAINTIFF'S OBJECTIONS |
| --- | --- |
| 977:6 – 995:14 | |
| 996:5 – 1058:10 | |

| DEFENDANT'S DESIGNATIONS FOR WAYNE GELLER | PLAINTIFF'S OBJECTIONS |
|---|---|
| 1059:5 – 1073:10 | |
| 1077:14 – 1080:3 | |
| 1080:24 – 1093:22 | |
| 1094:18 – 1102:6 | |
| 1114:23 – 1116:21 | |
| 1117:9 – 1120:11 | |
| 1121:5 – 1123:17 | |
| 1126:2 – 1130:19 | |
| 115:11 – 117:1 | |
| 285:14 – 286:13 | |
| 432:19 – 434:24 | |
| 437:13 – 438:7 | |
| 448:4-17 | |
| 455:15 – 456:1 | |
| 497:6 – 498:7 | |
| 520:22 – 521:11 | |
| 557:11 – 558:6 | |
| 699:15 – 700:16 | |
| 705:3 – 706:2 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR WAYNE GELLER | PLAINTIFF'S OBJECTIONS |
|---|---|
| 2:1-20 | |
| 17:10-16 | |
| 36:20 – 37:3 | |
| 37:6-7 | |
| 100:12-20 | |
| 115:11 – 117:1 | |
| 140:23-141:17 (after 139:06-140:22 for completeness) | |
| 285:14 – 286:13 | |
| 309:2-309:16 (conditionally after 308:15-309:1 for completeness) | |
| 345:24-346:10 (after 344:16-344:23 for completeness) | |
| 399:4-400:3 (after 391:18-391:24 for completeness) | |
| 410:21 – 411:15 | |
| 432:19 – 434:24 (conditionally) | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR WAYNE GELLER | PLAINTIFF'S OBJECTIONS |
|---|---|
| 437:13 – 438:7 | |
| 438:23 – 439:5 | |
| 445:5 – 446:1 | |
| 448:4 – 448:17 (conditionally) | |
| 455:15 – 456:1 (conditionally) | |
| 497:6 – 498:7 | |
| 501:9-22 | |
| 520:22 – 521:11 | |
| 521:23-522:8 (conditionally after 521:04-521:22 for completeness) | |
| 527:17 - 529:3 (after 526:23-527:16 for completeness) | |
| 532:8-19 | |
| 557:11 – 558:6 (conditionally) | |
| 568:21-569:4 (after 568:17-568:19 for completeness) | |
| 699:15 – 700:16 | |
| 701:14-702:5 (after 697:17-698:08 for completeness) | |
| 705:3 – 706:2 | |
| 714:1-714:14 (conditionally after 712:06-712:23 for completeness) | |
| 716:5-716:21 (conditionally after 712:06-712:23 for completeness) | |
| 875:8-876:7 (conditionally before 877:15-877:16 for completeness) | |
| 977:6 – 995:14 | |
| 996:5 – 1058:10 | |
| 1059:5 – 1073:10 | |
| 1077:14 – 1080:3 | |
| 1080:24 – 1093:22 | |
| 1094:18 – 1102:6 | |
| 1112:3 – 1113:8 | |
| 1114:23 – 1116:21 (conditionally) | |
| 1117:9 – 1118:20 | |
| 1118:21 – 1119:2 (conditionally) | |
| 1119:3 – 1120:11 | |
| 1121:5 – 1123:17 | |
| 1126:2 – 1130:19 | |

7.    **JEFFREY GOLDSTEIN**

| DEFENDANT'S DESIGNATIONS FOR JEFFREY GOLDSTEIN | PLAINTIFF'S OBJECTIONS |
|---|---|
| 610:19-623:12 | |
| 623:24-628:3 | [624,15-626,11] Lacks personal knowledge; Not a qualified psychiatrist |
| 628:11-639:10 | |
| 639:21-642:23 | |
| 643:10-647:13 | |
| 648:1-673:3 | [668,22-669,03] Leadings; Calls for speculation |
| 673:7-21 | |
| 694:22-696:3 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JEFFREY GOLDSTEIN | PLAINTIFF'S OBJECTIONS |
|---|---|
| 22:3-24 | |
| 27:12-18 | |
| 45:12-17 | |
| 99:9-100:4 | |
| 132:16-133:8 | |
| 135:21-137:11 | |
| 137:17-138:10 | |
| 141:3-7 | |
| 691:17-692:13 | |
| 160:9-161:24 | |
| 166:2-168:3 | |
| 170:6-171:7 | |
| 173:18-174:8 | |
| 191:3-14 | |
| 199:21-200:15 | |
| 203:14-204:17 | |
| 682:3-687:24 | |
| 691:17-694:21 | |
| 215:9-216:9 | |
| 217:8-218:22 | |
| 220:12-221:2 | |
| 228:2-230:12 | |
| 258:13-260:3 | |
| 271:18-272:23 | |
| 408:24 | |
| 419:4-420:1 | |
| 420:23-421:12 | |
| 429:11-20 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JEFFREY GOLDSTEIN | PLAINTIFF'S OBJECTIONS |
| --- | --- |
| 430:19-432:1 | |
| 432:18-433:2 | |
| 437:19-438:24 | |
| 448:10-449:10 | |
| 468:15-19 | |
| 470:14-471:12 | |
| 475:5-20. | |
| 677:6-682:1 | |
| 517:5-17 | |
| 543:1-544:4 | |
| 544:10 | |
| 549:23 | |
| 559:13-20 | |
| 565:14-566:8 | |
| 583:3-15 | |
| 718:13-719:3 | |
| 747:11-748:21 | |
| 749:2-752:16 | |
| 752:22-753:9 | |
| 753:14-755:4. | |

8.   KEVIN HAMILL

| DEFENDANT'S DESIGNATIONS FOR KEVIN HAMILL | PLAINTIFF'S OBJECTIONS |
| --- | --- |
| 12:14-16 | |
| 12:24-13:2 | |
| 13:6-20 | |
| 14:4-7 | |
| 15:15-23 | |
| 16:5-9 | |
| 24:17-25:14 | |
| 31:3-8 | |
| 32:8-21 | |
| 33:14-34:5 | |
| 37:16-20 | |
| 38:11-21 | |
| 58:22-60:10 | |
| 60:17-61:2 | |
| 62:6-63:19 | |

| DEFENDANT'S DESIGNATIONS FOR KEVIN HAMILL | PLAINTIFF'S OBJECTIONS |
| --- | --- |
| 76:15-77:8 | |
| 98:5-99:13 | |
| 101:2-13 | |
| 110:4-111:21 | |
| 112:17-113:12 | |
| 116:1-19 | |
| 138:4-19 | |
| 139:18-140:1 | |
| 208:3-209:6 | |
| 770:23-771:1 | |
| 782:23-784:2 | |
| 790:12-791:10 | |
| 791:22-792:12 | |
| 880:12-23 | |
| 880:25-881:14 | |

9.    MARIANNE JACKSON

| DEFENDANT'S DESIGNATIONS FOR MARIANNE JACKSON | PLAINTIFF'S OBJECTIONS |
| --- | --- |
| 10:21-25 | |
| 12:14-13:17 | |
| 15:5-15 | |
| 16:7-16 | |
| 16:22-25 | |
| 17:24-18:2 | |
| 18:8-24 | |
| 19:9-20:21 | |
| 21:1-12 | |
| 249:11-22 | |
| 461:9-23 | |
| 462:3-17 | |
| 463:23-465:10 | |
| 470:1-10 | |
| 470:22-471:4 | |
| 471:5-7 | |
| 471:10-18 | |
| 473:15-17 | |
| 473:19-20 | |

| DEFENDANT'S DESIGNATIONS FOR MARIANNE JACKSON | PLAINTIFF'S OBJECTIONS |
|---|---|
| 473:22-476:3 | |
| 477:15-478:14 | |
| 478:16-480:12 | |
| 482:1-5 | |
| 482:12-14 | |
| 483:5-486:7 | |
| 515:1-7 | |
| 515:14-17 | |
| 516:5-517:5 | |
| 517:9-519:21 | |
| 524:20-525:12 | |
| 529:5-530:5 | |
| 530:7-10 | |
| 530:24-531:6 | |
| 531:11-532:14 | |
| 532:21-533:12 | |
| 534:16-535:10 | |
| 537:3-539:4 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR MARIANNE JACKSON | PLAINTIFF'S OBJECTIONS |
|---|---|
| 49:19-24 | |
| 50:1-7 | |
| 92:20-93:5 | |
| 117:18 | |
| 123:18-24 | |
| 154:7-13 | |
| 155:10-156:14 | |
| 167:19-169:9 | |
| 175 :11-21 | |
| 178 :18-179 :10 | |
| 191:23-192:7 | |
| 206:19-207:15 | |
| 211:24-212:15 | |
| 217:12-218:7 | |
| 253:16-22 | |
| 255:3-24 | |
| 263:12-21 | |
| 270:1-6 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR MARIANNE JACKSON | PLAINTIFF'S OBJECTIONS |
|---|---|
| 281:16-282:7 | |
| 284:11-285:16 | |
| 292:7-10 | |
| 294:1-19 | |
| 301:4-10 | |
| 341:19-342:13 | |
| 343:7-344:18 | |
| 348:13-350:13 | |
| 361:8-21 | |
| 366:6-367:16 | |
| 367:23-368:13 | |
| 368:24-369:19 | |
| 372:3-14 | |
| 393:6-18 | |
| 397:24-398:15 | |
| 403:4-22 | |
| 462:18-463:22 | |
| 486:8-490:15 | |
| 494:12-495:11 | |
| 495:12-496:20 | |
| 498:3-19 | |
| 498:20-499:1 | |
| 499:13-500:8 | |
| 500:19-501:13 | |
| 501:19-502:6 | |
| 502:7-503:12 | |
| 503:16-504:5 | |
| 504:13-505:14 | |
| 506:12-15 | |
| 507:4-509:18 | |
| 510:3-20 | |
| 514:11-18 | |
| 539:17-542:4 | |
| 544:21-546:10 | |
| 547:2-18 | |
| 548:11-554:22 | Compound; Speculation; Leading [549:24-555:1] |
| 557:7-558:12 | |
| 594:20-595 | |

10.   RONALD LEONG

| DEFENDANT'S DESIGNATIONS FOR RONALD LEONG | PLAINTIFF'S OBJECTIONS |
|---|---|
| 261:19-20 | |
| 261:19-20 | |
| 262:6 – 268:2 | |
| 515:9 – 517:19 | |
| 520:17 – 521:9 | |
| 524:9 – 528:4 | |
| 529:24 – 535:15 | |
| 535:21 – 541:14 | [537,09-538,06] Calls for speculation; Hearsay<br><br>[541,07-541,14] Leading |
| 541:17 – 544:21 | |
| 545:9 – 546:9 | |
| 546:12 – 550:15 | [546,05-546,10; 546,12-547,12] Leading; Hearsay<br>[548,18-548,23] Hearsay<br>[550,12-550,15; 550,18] Hearsay |
| 550:18 – 551:10 | [551,03-551,10] Assumes facts not in evidence; Hearsay; Calls for speculation; Leading; Non-responsive |
| 551:15 – 552:7 | [ 551,15-552,07] Assumes facts not in evidence; Hearsay; Calls for speculation; Leading; Non-responsive |
| 552:10-20 | [552,11-552,20] Calls for legal conclusion; Calls for speculation |
| 552:22 – 554:21 | [552,22-552,23] Calls for legal conclusion; Calls for speculation |
| 554:24– 555:11 | [554,08-555,08] Leading; Lack of foundation |
| 555:23 – 563:11 | |
| 563:14 – 566:11 | |
| 567:1–8 | [567,01-567,08] Calls for narrative |
| 567:10 – 567:24 | [ 567,10-567,24] Calls for narrative |
| 576:5 – 580:17 | [580,14-580,17] Assumes facts not in evidence; Argumentative |
| 580:19 – 581:19 | [ 580,19] Assumes facts not in evidence; Argumentative |
| 581:21 – 582:16 | [582,13-582,16] Assumes facts not in evidence; Argumentative |
| 582:18 – 585:6 | [582,18] Assumes facts not in evidence; Argumentative |
| 585:9-24 | [585,10-585,24] Non-responsive |
| 586:3-9 | [586,04-586,09] Leading |
| 586:11 – 587:20 | [ 586,11] Leading |

| DEFENDANT'S DESIGNATIONS FOR RONALD LEONG | PLAINTIFF'S OBJECTIONS |
|---|---|
| | [587,12-587, 19] Leading |
| 587:22 – 589:12 | [587,22] Leading |
| 589:14 – 591:22 | |
| 591:24 – 592:11 | |
| 592:13 – 596:17 | [596,14-596,17] Leading |
| 596:19 – 607:10 | [596,19] Leading<br>[607,21-608,05] Foundation |
| 608:6 – 610:15 | [610,09-610,15] Leading |
| 610:17 – 615:24 | [610,17-610,20] Leading<br>[614,19-615,24] Non-responsive |
| 616:3 – 617:6 | |
| 617:17 – 620:3 | [618,19-619,05] Foundation |
| 620:7 – 623:5 | |
| 627:7 – 634:22 | [634,15-634,22] Leading |
| 634:24 – 637:6 | [634,24] Leading<br>[635,02-637,06] Non-responsive |
| 637:10-15 | [637,11-637,15] Leading |
| 637:17 – 638:9 | [637,17] Leading |

11.   **KEVIN MCKENNA**

| DEFENDANT'S DESIGNATIONS FOR KEVIN MCKENNA | PLAINTIFF'S OBJECTIONS |
|---|---|
| 615:18-625:2 | |
| 627:6-661:24 | [630,12-631,01] Vague; Relevance; Calls for speculation; Calls for narrative<br>[632,12-633,07] Non-responsive<br>[634,14-634,18] Leading<br>[634,22-634,24; 635,03] Leading<br>[636,01-636,04; 636,07] Leading<br>[639,10-639,13; 639,16] Leading<br>[641,07-641,09; 641,14] Leading<br>[643,16-643,18; 643,21-643,22] Calls for Speculation; Lack of personal knowledge |
| 663:8-665:1 | |
| 665:6-670:15 | [666,05-666,08; 666,11] Leading<br>[666,16-666,19; 666,22] Leading<br>[667,22-668,02; 668,05] Leading |
| 671:3-679:8 | [672,20-672,23; 673,02-673,03] Leading<br>[677,20-677,22; 678,01-678,11] Calls for |

| DEFENDANT'S DESIGNATIONS FOR KEVIN MCKENNA | PLAINTIFF'S OBJECTIONS |
|---|---|
| | speculation; Lack of personal knowledge [678,17-678,18; 678,21-678,24] Calls for speculation; Lack of personal knowledge |
| 680:11-682:5 | |
| 683:11-683:21 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR KEVIN MCKENNA | PLAINTIFF'S OBJECTIONS |
|---|---|
| 286:8-23 | |
| 290:6-23 | |
| 414:11-24 | |
| 429:1-10 | |
| 434:11-20 | |
| 435:8-9 | |
| 472:13-20 | |
| 526:2-5 | |
| 538:5-24 | |
| 567:7-12 | |
| 682:6-683:21 | |
| 684:18-685:10 | |
| 685:15-686:21 | |
| 687:22-700:6 | |
| 701:6-702:14 | |
| 705:19-707:2 | |
| 707:4-708:10 | |
| 768:23-770:10 | |
| 774:8-16 | |

## 12.    JOHN PATTERSON

| DEFENDANT'S DESIGNATIONS FOR JOHN PATTERSON | PLAINTIFF'S OBJECTIONS |
|---|---|
| 373:6-8 | |
| 373:11-374:14 | |
| 374:23-376:15 | |
| 377:8-24 | |
| 378:1-9 | |
| 380:10-382:12 | |
| 383:2-384:12 | |

| DEFENDANT'S DESIGNATIONS FOR JOHN PATTERSON | PLAINTIFF'S OBJECTIONS |
|---|---|
| 384:21-385:15 | |
| 385:16-387:7 | |
| 387:8-390:24 | |
| 391:20-392:1 | |
| 392:11-396:19 | |
| 397:3-4 | |
| 397:10-22 | |
| 397:23-398:19 | |
| 402:14-403:6 | |
| 403:7-405:9 | |
| 410:3-411:1 | |
| 412:5-415:5 | |
| 423:17-424:21 | |
| 426:5-430:7 | |
| 430:8-431:1 | |
| 431:20-432:5 | |
| 434:19-435:15 | |
| 435:16-21 | |
| 436:18-437:11 | |
| 438:4-439:7 | |
| 439:16-24 | |
| 440:1-18 | |
| 456:20-464:1 | |
| 465:14-468:1 | |
| 468:2-469:12 | |
| 470:11-21 | |
| 471:7-471:21 | |
| 472:7-12 | |
| 473:22-24 | |
| 474:9-21 | |
| 475:9-476:12 | |
| 479:13-480:20 | |
| 483:5-486:15 | |
| 487:9-488:5 | |
| 488:6-489:6 | |
| 489:7-490:13 | |
| 490:14-491:23 | |
| 492:13-18 | |
| 492:22-494:7 | |
| 495:9-496:23 | |

| DEFENDANT'S DESIGNATIONS FOR JOHN PATTERSON | PLAINTIFF'S OBJECTIONS |
|---|---|
| 500:23-502:17 | |
| 502:20-21 | |
| 503:2-5 | |
| 518:20-22 | |
| 519:19-531:3 | |
| 533:20-535:3 | |
| 535:17-537:3 | |

13.   **DAVID BRENNAN**

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR DAVID BRENNAN | PLAINTIFF'S OBJECTIONS |
|---|---|
| 18:2-9 | |
| 18:13-21 | |
| 18:23-19:5 | |
| 24:15-30:4 | |
| 30:15-20 | |
| 37:16-20 | |
| 41:12-24 | |
| 46:20-47:5 | |
| 52:23-53:5 | |
| 54:14-55:3 | |
| 110:4-112:1 | |
| 115:22-116:22 | |
| 118:1-119:19 | |
| 122:12-123:15 | |
| 129:6-21 | |
| 142:23-144:20 | |
| 157:24-160:5 | |
| 206:1-10 | |
| 206:20-207:1 | |
| 210:3-24 | |
| 217:23-218:24 | |
| 219:12-220:16 | |
| 221:5-19 | |
| 232:7-233:2 | |
| 236:3-238:3 | |
| 241:21-242:17 | |

14.   **JOSEPH CALABRESE**

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JOSEPH CALABRESE | PLAINTIFF'S OBJECTIONS |
|---|---|
| 6:17-6:22 | |
| 15:24-16:05 | |
| 20:-20:17 | |
| 28:18-28:22 | |
| 139:22-140:11 | |
| 140:15-140:17 | |
| 140:20-140:25 | |
| 141:6-140:8 | |
| 218:14-218:15 | |
| 219:04-219:17 | |
| 220:6-220:10 | |

15.   SUSANNE FORS

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR SUSANNE FORS | PLAINTIFF'S OBJECTIONS |
|---|---|
| 49:4-13 | |
| 140:2-11 | |
| 140:20-141:2 | |
| 143:17-144:11 | |
| 239:1-241:3 | |
| 256:12-21 | |
| 261:13-21 | |
| 348:13-24 | |
| 453:18-455:4 | |
| 534:9-535:9 | |
| 575:15-23 | |
| 582:13-21 | |
| 583:12-21 | |
| 651:24-653:12 | |
| 653:13-654:1 | |
| 653:14-655:1 | |
| 655:21-656:10 | |
| 657:19-658:3 | |
| 658:4-660:10 | |
| 660:11-662:6 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR SUSANNE FORS | PLAINTIFF'S OBJECTIONS |
|---|---|
| 662:8-17 | |
| 667:1-8 | |
| 667:24-671:1 | |
| 671:7-9 | |
| 672:8-20 | |

16.    JAMES GASKILL

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JAMES GASKILL | PLAINTIFF'S OBJECTIONS |
|---|---|
| 14:21-15:22 | |
| 19:15-20:3 | |
| 24:15-28:7 | |
| 32:8-23 | |
| 38:11-41:17 | |
| 42:6-44:23 | |
| 45:6-24 | |
| 46:2-7-12 | |
| 47:4-14 | |
| 47:16-49:21 | |
| 55:17-57:13 | |
| 63:9-64:6 | |
| 67:22-68:4 | |
| 68:19-69:13 | |
| 78:5-79:7 | |
| 80:11-21 | |
| 91:19-92:21 | |
| 100:15-21 | |
| 115:16-116:16 | |
| 121:5-15 | |
| 122:9-123:9 | |
| 131:20-132:5 | |
| 135:9-136:16 | |
| 137:19-138:7 | |
| 138:20-140:1 | |
| 157:17-21 | |
| 159:5-160:6 | |
| 164:4-14 | |
| 174:3-10 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JAMES GASKILL | PLAINTIFF'S OBJECTIONS |
| --- | --- |
| 176:2-178:14 | |
| 180:8-181:5 | |
| 182:1-22 | |
| 190:11-20 | |
| 191:13-24 | |
| 193:11-194:13 | |
| 198:23-199:11 | |
| 201:22-202:4 | |
| 203:1-23 | |
| 212:1-213:18 | |
| 218:24-219:3 | |
| 219:6-220:18 | |
| 223:17-224:8 | |
| 225:23-226:2 | |
| 226:13-227:21 | |
| 228:7-13 | |
| 269:17-270:18 | |
| 270:22-271:12 | |
| 272:1-5 | |
| 272:8-13 | |
| 283:24-285:14 | |
| 286:12-287:23 | |
| 314:12-315:10 | |
| 321:14-22 | |
| 326:7-15 | |
| 359:16-360:15 | |
| 361:14-362:10 | |
| 363:24-364:14 | |
| 668:15-18 | |
| 668:21-675:1 | |
| 675:4-676:5 | |
| 676:8-679:15 | |
| 679:18-684:22 | |
| 685:1-24 | |
| 686:10-13 | |
| 686:16-690:10 | |
| 690:11-15 | |
| 690:18-692:3 | |
| 692:12-15 | |
| 692:21-695:22 | |
| 696:6-697:22 | |
| 698:3-700:23 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JAMES GASKILL | PLAINTIFF'S OBJECTIONS |
|---|---|
| 702:2-704:2 | |
| 704:5-713:22 | |
| 718:18-23 | |
| 719:13-720:14 | |
| 721:1-723:14 | |
| 723:23-725:12 | |

**17.    WAYNE MCFADDEN**

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR WAYNE MCFADDEN | PLAINTIFF'S OBJECTIONS |
|---|---|
| 17:13-18 | |
| 54:23-55:15 | |
| 55:18-56:10 | |
| 56:19-57:7 | |
| 71:21-72:12 | |
| 76:20-24 | |
| 157:8-12 | |
| 235:4-10 | |
| 268:14-269:2 | |
| 269:5-8 | |
| 271:10-16 | |
| 272:13-19 | |
| 272:22-273:2 | |
| 273:10-18 | |
| 274:1-6 | |
| 315:6-19 | |
| 316:3-9 | |
| 316:12-13 | |
| 316:16-18 | |
| 318:6-12 | |
| 318:15-21 | |
| 319:20-320:8 | |
| 320:12-14 | |
| 320:17-21 | |
| 350:23-351:7 | |
| 361:24-362:16 | |
| 363:2-15 | |
| 364:2-11 | |
| 365:19-20 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR WAYNE MCFADDEN | PLAINTIFF'S OBJECTIONS |
|---|---|
| 365:23-366:11 | |
| 375:20-23 | |
| 376:2-6 | |
| 468:12-18 | |
| 469:3-12 | |
| 496:4-5 | |
| 580:15-24 | |
| 581:3-8 | |
| 718:17-23 | |
| 813:10-13 | |
| 818:15-18 | |
| 818:21-819:6 | |
| 823:23-824:8 | |
| 829:3-831:7 | |
| 840:2-5 | |
| 844:24-845:17 | |
| 846:10-16 | |
| 848:10-11 | |
| 848:14-21 | |
| 864:21-24 | |
| 871:18-24 | |
| 883:23-884:9 | |
| 902:13-903:12 | |
| 908:11-909:5 | |
| 965:23-966:16 | |
| 988:9-14 | |
| 1017:19 | |
| 1030:22-1032:17 | |
| 1034:1-1035:8 | |
| 1038:17-1042:3 | |
| 1042:6-1043:21 | |
| 1043:23-1047:7 | |
| 1051:9-1052:22 | |

## 18.   JAMIE MULLEN

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JAMIE MULLEN | PLAINTIFF'S OBJECTIONS |
|---|---|
| 31:22-24 | |
| 51:22-52:5 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JAMIE MULLEN | PLAINTIFF'S OBJECTIONS |
|---|---|
| 54:4-8 | |
| 67:15-18 | |
| 69:20-24 | |
| 105:9-23 | |
| 109:5-12 | |
| 121:1-8 | |
| 125:3-13 | |
| 139:15-21 | |
| 142:6-19 | |
| 146:8-11 | |
| 146:14-22 | |
| 146:24-147:5 | |
| 147:8-17 | |
| 147:19-148:9 | |
| 154:7-10 | |
| 154:13-19 | |
| 155:22-156:4 | |
| 156:7-14 | |
| 157:4-9 | |
| 157:12-17 | |
| 159:24-160:14 | |
| 163:15-18 | |
| 163:22-164:4 | |
| 171:10-18 | |
| 172:2-5 | |
| 174:3-18 | |
| 176:7-18 | |
| 180:12-15 | |
| 180:18-181:1 | |
| 214:20-215:10 | |
| 238:2-14 | |
| 242:22-243:3 | |
| 594:9-14 | |
| 723:22-724:4 | |
| 726:8-19 | |
| 821:6-822:21 | |
| 822:24-823:1 | |
| 823:4-9 | |
| 823:12 | |
| 823:14-15;18 | |
| 823:20-828:21 | |
| 829:3-8 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JAMIE MULLEN | PLAINTIFF'S OBJECTIONS |
|---|---|
| 829:11-12 | |
| 829:16-830:11 | |
| 830:13-14 | |
| 830:16-831:11 | |
| 831:14-832:1 | |
| 832:4-13 | |
| 833:1-834:14 | |
| 834:18-23 | |
| 835:21-840:2 | |
| 841:20-844:19 | |
| 844:23-845:1 | |
| 845:12-846:11 | |
| 846:19-848:5 | |
| 849:1-17 | |
| 849:21-24 | |
| 850:3 | |
| 850:5-8 | |
| 850:11-14 | |
| 850:16-21 | |
| 850:24-851:1 | |
| 851:3-21 | |
| 853:8-861:21 | |
| 862:4-863:2 | |
| 863:7-14 | |
| 864:14-866:5 | |
| 866:8-9 | |
| 866:23-867:19 | |
| 867:22-869:9 | |
| 869:11-870:14 | |
| 871:2-16 | |
| 871:19-20 | |
| 871:22-24 | |
| 872:2-873:15 | |
| 874:6-8 | |
| 874:15-875:7 | |
| 875:11-876:1 | |
| 876:3-4 | |
| 876:6-11 | |
| 876:13 | |
| 876:15-22 | |
| 876:24 | |
| 877:2-5 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JAMIE MULLEN | PLAINTIFF'S OBJECTIONS |
|---|---|
| 877:7 | |
| 877:9-15 | |
| 877:18-22 | |
| 877:24-878:13 | |
| 878:15-879:2 | |
| 879:4-13 | |
| 879:15-880:14 | |
| 880:16-17 | |
| 880:19-881:15 | |
| 882:10-15 | |
| 882:17-18 | |
| 882:20-883:3 | |
| 883:5-6 | |
| 883:8-884:6 | |
| 884:10-13 | |
| 884:16 | |
| 884:18-885:5 | |
| 885:9-14 | |
| 936:17-22 | |

## 19.   HENRY NASRALLAH

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR HENRY NASRALLAH | PLAINTIFF'S OBJECTIONS |
|---|---|
| 36:18-37-14 | |
| 51:10-51:17 | |
| 51:22-52:1 | |
| 53:6-53:13 | |
| 59:22-59:25 | |
| 60:7-60:11 | |
| 60:14-61:1 | |
| 67:5-67:9 | |
| 67:13-68:25 | |
| 71:17-25 | |
| 73:15-74:21 | |
| 74:24-75:5 | |
| 76:23-77:13 | |
| 104:7-104:9 | |
| 106:13-107:1 | |
| 111:10-112:18 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR HENRY NASRALLAH | PLAINTIFF'S OBJECTIONS |
|---|---|
| 116:2-116:18 | |
| 132:19-132:22 | |
| 134:1-134:7 | |
| 139:18-139:22 | |
| 163:1-163:22 | |
| 189:11-190:4 | |
| 212:5-213-11 | |
| 222:7-223:12 | |
| 227:8-227:10 | |
| 227:12-228:3 | |
| 232:9-233:1 | |
| 233:4-233:8 | |
| 234:10-234:18 | |
| 243:21-244:8 | |
| 244:11-244:18 | |
| 266:5-266:13 | |
| 273:5-273:12 | |
| 277:7-277:19 | |
| 280:21-281:6 | |
| 281:10-281:23 | |
| 282:2-282:14 | |
| 282:17-282:22 | |
| 285:18-285:24 | |
| 288:7-288:12 | |
| 290:1-290:14 | |
| 291:20-291:21 | |
| 291:23-292:3 | |
| 292:20-293:18 | |
| 294:22-294:23 | |
| 295:1-295:3 | |
| 299:9-300:4 | |
| 300:8-300:16 | |
| 301:4-301:24 | |
| 388:24-393:3 | |
| 388:24-393:3 | |
| 393:6-393:12 | |
| 393:23-398:9 | |
| 398:11-398-20 | |
| 398:22-399:20 | |
| 399:23-400:13 | |
| 401:11-403:15 | |
| 401:11-403:15 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR HENRY NASRALLAH | PLAINTIFF'S OBJECTIONS |
|---|---|
| 403:17-405:2 | |
| 405:4-405:10 | |
| 405:12-406:12 | |
| 406:17-406:23 | |
| 406:25-408:23 | |
| 411:1-412:22 | |
| 413:2-414:18 | |
| 414:20-415:20 | |
| 416:1-416:8 | |
| 417:3-418:25 | |
| 419:4-420:5 | |
| 420:8-420:12 | |
| 420:24-421-12 | |
| 421:17-422:12 | |
| 422:14-424:2 | |
| 424:5-424:14 | |
| 425:2-426:18 | |
| 426:20-429:8 | |
| 429:11-429:16 | |
| 429:18-429:24 | |
| 430:7-430:11 | |
| 430:13-434-24 | |
| 435:3-436:5 | |
| 436:8-436:13 | |
| 436:17-437:15 | |
| 437:17-442:9 | |
| 442:11-443:22 | |
| 443:23-444:3 | |
| 444:5-444:19 | |
| 444:21-445:6 | |
| 445:8-445:10 | |
| 445:8-445:10 | |
| 445:12-446:12 | |
| 446:18-448:2 | |
| 448:5-448:24 | |
| 449:2-449:8 | |
| 449:11-452:5 | |
| 452:7-452:9 | |
| 452:12-452:18 | |
| 452:20--453:9 | |
| 453:11-453:21 | |
| 453:23-454:4 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR HENRY NASRALLAH | PLAINTIFF'S OBJECTIONS |
|---|---|
| 454:7-455:1 | |
| 455:3-455:24 | |
| 456:1-456:17 | |
| 456:20-457:9 | |
| 465:1-465:5 | |
| 466:15-466:17 | |
| 466:19-466:20 | |
| 467:6-467:9 | |
| 467:11-467:24 | |
| 468:14-468:17 | |
| 469:10-469:22 | |
| 470:2-470:19 | |
| 470:21-471:14 | |
| 471:16-471:25 | |
| 472:2 | |
| 474:25-475:14 | |
| 476:1-477:1 | |
| 477:3-477:5 | |
| 477:20-477:23 | |
| 478:1 | |
| 479:7-479:11 | |
| 479:13-479:17 | |
| 487:23-488:8 | |
| 488:10-488:16 | |
| 488:18-489:5 | |
| 489:8-489:15 | |
| 489:24 (at "Have")-491:6 | |
| 491:25-492:20 | |
| 492:22-493:3 | |
| 494:9-494:16 | |
| 494:18-495:2 | |
| 495:11-499:24 | |
| 500:5-501:18 | |
| 501:21-502:1 | |
| 504:12-504:24 | |
| 505:1 | |
| 505:4-505:8 | |
| 505:10-506:3 | |
| 506:5-506:6 | |
| 508:4 (at "Would")-508:14 | |
| 510:2-511:15 | |
| 512:6-512:12 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR HENRY NASRALLAH | PLAINTIFF'S OBJECTIONS |
|---|---|
| 512:18-513:3 | |
| 513:6-514:4 | |
| 514:14-515:22 | |
| 516:5-516:8 | |
| 516:10-516:12 | |
| 516:20-517:3 | |
| 517:5-518:10 | |
| 518:13-518:16 | |
| 518:18-519:9 | |
| 519:12-519:13 | |
| 519:15-519:20 | |
| 520:12-520:14 | |
| 520:16-520:25 | |
| 528:10-529:1 | |
| 529:3-529:12 | |
| 529:18 (at "And those")-529:21 | |
| 529:23-531:17 | |
| 531:19-531:23 | |

20.    **CLAUDIA PIANO**

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR CLAUDIA PIANO | PLAINTIFF'S OBJECTIONS |
|---|---|
| 25:20-23 | |
| 27:21-28:8 | |
| 52:21-53:6 | |
| 58:17-59:3 | |
| 61:20-23 | |
| 61:25-62:13 | |
| 94:18-95:3 | |
| 98:25-99:12 | |
| 104:15-23 | |
| 124:4-7 | |
| 134:16-19 | |
| 134:24-135:7 | |
| 137:22-138:10 | |
| 146:9-147:1 | |
| 147:10-18 | |
| 148:22-149:16 | |
| 150:17-21 | |
| 168:8-11 | |
| 174:23-175:10 | |
| 176:10-14 | |
| 202:14-203:3 | |
| 242:19-243:19 | |
| 280:13-281:8 | |
| 283:24-284:11 | |
| 284:12-286:8 | |
| 286:9-23 | |

21.    **MICHAEL REINSTEIN**

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR MICHAEL REINSTEIN | PLAINTIFF'S OBJECTIONS |
|---|---|
| 125:21-126:1 | |
| 126:5-6 | |
| 134:14 and 17-19 | |
| 225:2-3 and 8-10 | |
| 268:2-3; 7-8 | |
| 268:15-16 | |
| 272:4-5 | |

280:7-12
281:13-18
296:6-9
296:19-297:2
307:5-11
329:3-6
334:7
341: 12-16
364:3-5
428:7-11; 13-17
432:18-22
442:3
443:19
446:4-11
452:24-453:15
454:3-10
460:9-18 and 460:21 - 461:2
462:11 – 463:23

## 22.    JACK SCHWARTZ

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JACK SCHWARTZ | PLAINTIFF'S OBJECTIONS |
|---|---|
| 43:1-4; 43:19 – 44:13 | |

48:18 – 49:10
69:18-21
70:3
125:16-21
235:18-20, 235: 22 – 236:7
406:3 – 407:16, 21-23
489:22 – 490:1, 4-8
554:14-20
555:5-8, 14-24
609:22-24
618:6, 12-24;
619:1-22
620:3 – 622:24
623:1 – 633:16,
633:19 – 636:10
636:12 – 637:1-10
637: 24 – 639:5
641: 17 – 643: 2;
643: 5 – 644:10
644: 16 – 648:5

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR JACK SCHWARTZ | PLAINTIFF'S OBJECTIONS |
|---|---|
| 648: 23 – 654:5 | |
| 656: 22 – 660:17 | |
| 666: 24 – 669:15 | |
| 672: 10 – 673:11; | |
| 673: 14-22 | |
| 677: 14 – 679: 18 | |
| 697: 15 – 698: 13 | |
| 700:24 -- 703:3 | |

23.    **TONY ZOOK**

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR TONY ZOOK | PLAINTIFF'S OBJECTIONS |
|---|---|
| 11:10-14 | |
| 12:4-8 | |
| 96:16-21 | |
| 97:12-19 | |
| 98:11-21 | |
| 100:12-101:1 | |
| 101:9-22 | |
| 102:5-9 | |
| 102:20-103:13 | |
| 142:15-19 | |
| 147:7-12 | |
| 148:12-149:8 | |
| 149:18-150:4 | |
| 185:18-186:7 | |
| 193:12-194:10 | |
| 195:18-23 | |
| 196:21-197:9 | |
| 198:21-23 | |
| 200:8-19 | |
| 201:17-24 | |
| 206:7-17 | |
| 208:20-209:17 | |
| 244:23-245:13 | |
| 246:1-247:4 | |
| 388:16-395:6 | |
| 398:12-414:3 | |
| 414:17-415:17 | |

| DEFENDANT'S CONDITIONAL COUNTER DESIGNATIONS FOR TONY ZOOK | PLAINTIFF'S OBJECTIONS |
|---|---|
| 415:20-418:12 | |
| 422:24-446:3 | |

## DEFENDANT'S HALLER DEPOSITION DESIGNATIONS

**1.   Don Davis**

| Defendants' Designation | Plaintiff's Objections |
|---|---|
| 11:3 – 13:6 | |
| 14:17 – 15:7 | |
| 15:14 – 15:16 | |
| 30:24 – 31:4 | |
| 31:9 – 32:9 | |
| 49:22 – 51:12 | |
| 51:16 – 53:23 | |
| 54:1 – 54:18 | FRE 701, vague [54:15-18] |
| 54:21 – 55:7 | |
| 55:22 – 56:10 | |
| 79:7 – 81:4 | |
| 81:6 – 81:6 | |
| 81:8 – 81:14 | |
| 90:17 – 91:6 | |
| 101:13 – 102:9 | |
| 102:11 – 102:19 | |
| 133:21 – 134:3 | |
| 136:18 – 136:19 | |
| 136:25 – 137:2 | |
| 141:14 – 141:18 | |
| 142:1 – 143:15 | |
| 144:3 – 144:6 | |
| 144:12 – 144:17 | |
| 144:25 – 145:15 | |
| 146:2 – 146:9 | |
| 146:12 - 147:15 | |
| 148:6 – 149:12 | |
| 149:15 – 151:1 | |
| 151:22 – 153:10 | |
| 153:12 – 153:12 | |
| 153:14 – 153:15 | |
| 153:19 – 154:7 | |
| 154:9 – 156:5 | FRE 602, facts not in evidence [156:2-5, 7, 13-14, 16, 18-19] |

156:7 – 156:7
156:13 – 156:14
156:16 – 156:16
156:18 – 157:2
160:2 – 160:5


**2.    Belur Sreenath**

| Defendants' Designation | Plaintiff's Objections |
|---|---|
| 6:23-25 | |
| 7:5-7 | |
| 12:12 – 12:21 | |
| 13:15 – 13:22 | |
| 15:13 – 15:17 | |
| 15:21 – 15:21 | |
| 16:16 – 18:6 | |
| 18:8 – 18:8 | |
| 18:10 – 18:17 | |
| 18:19 | |
| 19:3 – 19:6 | |
| 20:15 - 20:24 | |
| 21:15 – 21:22 | FRE 602, 701, 401, 402  [21:21-22:5] |
| 21:24 – 22:1 | FRE 602, 701, 401, 402  [21:21-22:5] |
| 22:3 – 22:3 | |
| 22:5 – 22:5 | |
| 22:7 – 22:10 | FRE 602, 701, 702, assumes facts not in evidence |
| 22:12 – 22:13 | FRE 602, 701, 702, assumes facts not in evidence |
| 22:15 – 22:16 | FRE 704, 701, 702, 602, assumes facts not in evidence |
| 22:18 – 22:19 | FRE 704, 701, 702, 602, assumes facts not in evidence |
| 22:24 – 23:3 | |
| 23:8 –24:13 | |
| 25:12 – 26:11 | |
| 29:19 – 30:9 | |
| 30:14 – 32:6 | |
| 32:9 – 32:15 | |
| 33:4 – 33:18 | |
| 35:18 – 37:4 | |
| 37:8 – 37:18 | |
| 38:1 – 38:11 | |
| 38:17 – 38:24 | |
| 39:7 – 39:11 | |
| 39:21 – 40:8 | |
| 40:11 – 40:14 | |

| | |
|---|---|
| 41:5 – 41:6 | |
| 41:8 – 41:11 | |
| 41:13 – 42:11 | FRE 401, 403, 402, 802 [42:3-11] |
| 43:14 – 43:22 | |
| 46:4 – 46:10 | |
| 46:13 – 46:16 | |
| 50:14 – 50:18 | |
| 51:2 – 51:3 | |
| 51:5 – 51:5 | |
| 51:7 – 51:15 | |
| 52:4 – 52:22 | |
| 54:25 – 55:3 | FRE 702, 602, 701, vague, speculation |
| 55:14 – 55:19 | |
| 60:12 – 60:16 | |
| 61:4 – 61:12 | |
| 61:14 – 61:23 | |
| 61:25 – 62:1 | |
| 62:3 – 62:14 | FRE 401, 402, 702, 602, 701,vague [62:13-14] |
| 62:16 – 62:16 | FRE 401, 402, 702, 602, 701,vague |
| 62:18 – 63:16 | |
| 63:20 – 64:10 | FRE 401, 402, 403, 802 [64:3-10] |
| 64:12 – 65:5 | FRE 401, 403 [64:12-65:1] |
| | FRE 401, 402, 403, speculation [65:2-10] |
| 65:7 – 65:10 | FRE 401, 402, 403, speculation |
| 65:12 – 65:24 | |
| 66:3 – 66:6 | |
| 66:16 – 67:7 | |
| 67:9 – 67:11 | |
| 69:24 – 70:1 | |
| 71:7 – 72:11 | |
| 72:13 – 72:13 | |
| 72:15 – 73:6 | |
| 73:8 – 73:9 | FRE 602, 701, 401, 402, speculation, vague [73:5-9] |
| 73:11 –73:12 | FRE 602, 701, 401, 402, speculation, vague |
| 73:14 – 73:14 | FRE 602, 701, 401, 402, speculation, vague |
| 73:16 – 73:22 | FRE 602, 701, 401, 402, 403, 802 [73:16-18] |
| | FRE 602, 701, 401, 402, speculation, vague [73:19-22] |
| 73:24 – 73:24 | FRE 602, 701, 401, 402, speculation, vague |
| 74:1 – 74:3 | FRE 602, 701, 401, 402, speculation, vague |
| 74:6 – 74:8 | FRE 602, 701, 401, 402, 802, speculation, vague |
| 74:10 – 74:11 | FRE 602, 701, 401, 402, 802, speculation, vague |
| 75:21 – 75:24 | |

| | |
|---|---|
| 76:12 – 76:17 | |
| 76:23 – 77:6 | |
| 77:10 – 77:25 | |
| 78:11 –80:10 | |
| 80:13 – 80:18 | |
| 81:16 – 82:4 | FRE 701, 702 [82:1-4] |
| 82:6 – 82:6 | FRE 701, 702 |
| 82:18 – 84:2 | |
| 84:20 – 85:7 | |
| 85:12 – 87:3 | |
| 87:19 – 89:7 | |
| 89:9 – 89:13 | |
| 89:16 – 90:13 | |
| 90:22 – 92:8 | |
| 108:24 – 109:19 | |
| 113:11 – 113:16 | |
| 114:4 – 114:4 | |
| 114:10 – 114:12 | |
| 115:12 – 115:20 | |
| 115:22 – 115:24 | |
| 122:19 – 123:5 | |
| 123:7 – 123:7 | |
| 129:16 – 130:16 | FRE 403, 602, speculation [130:16] |
| 130:18 – 130:18 | FRE 403, 602, speculation |
| 131:8 – 131:12 | |
| 131:15 – 132:11 | |
| 132:15 – 133:9 | |
| 133:11 – 133:11 | |
| 134:15 – 134:24 | |
| 136:17 – 137:23 | |
| 138:1 – 138:11 | |
| 139:18 – 141:8 | |

| Defendants' Counter - Designation | Plaintiff's Objections |
|---|---|
| 20:5-14 | |
| 24:14-20 | |
| 46:1-3 | |

3.      **Satinderpal Sondhi**

| Defendants' Designation | Plaintiff's Objections |
|---|---|
| 10:14 - 11:5 | |

DAL01:1043010.2

11:17 - 12:6
12:8 - 12:22
12:25 - 13:15
51:5 - 53:21
54:7 - 54:10                          FRE 401, 402, 602, 701, 702, vague, speculation
54:12 - 54:13                         FRE 401, 402, 602, 701, 702, vague, speculation
54:15 - 55:2                          FRE 401, 402
55:12 - 56:10
56:12
57:6 - 57:12                          FRE 401, 402, 403 [57:6-9]
                                      FRE 602, 701, 401, 402, 403, speculation, vague,
                                      argumentative, assumes facts not in evidence
                                      [57:10-12]
57:14 - 57:22                         FRE 401, 402, 403, 802, assumes facts not in
                                      evidence, vague [57:14-58:4]
57:24 - 58:7                          FRE 401, 402, 403, 602, 701, speculation,
                                      argumentative, assumes facts not in evidence [58:5-
                                      7]
58:9 - 58:11                          FRE 401, 402, 403, 602, 701, speculation,
                                      argumentative, assumes facts not in evidence
59:2 - 60:12                          FRE 602, 401, 402, 701, 403, 802 [59:17-60:12]
60:15 - 60:21
61:5 - 61:25
62:2 - 62:4
62:6 - 62:15
62:25 - 63:2
63:13 - 63:19
63:25 - 64:21
64:23
66:22 - 67:13
67:15- 67:18
68:10 - 68:13
68:15 - 68:23


Defendants' Counter - Designation        Plaintiff's Objections
15:17-24
37:14-38:10


**4.    Nicole Keene**

Defendants' Designation                  Plaintiff's Objections
6:6-16

15:15-24
16:23 - 19:6
22:18 - 23:7
25:13 - 26:1
27:6 - 28:22
29:6-23
31:4-10
32:7-15
33:2-15
38:2 - 40:9
43:19 - 44:22                FRE 602, 701,  speculation, vague [44:21-22]
45:1-2                       FRE 602, 701,  speculation, vague
45:4 - 48:10                 FRE 602, 412, 401, 402, 403 [47:6-48:5]
                             vague [48:9-10]
48:14- 48:25                 Vague [48:14-16]
                             FRE 401, 402, 403 [48:18-25]

49:16-23
50:8 - 52:8
52:12 - 53:22
54:1-18
55:7 - 60:19
61:9 - 65:18                 FRE 602, 403, argumentative [65:16-18]
65:22 - 66:4                 FRE 602, 403, argumentative [65:22-25]
66:14 - 70:6                 FRE 401, 402, 701 [70:2-6]
70:10 - 71:20
75:1 - 75:16                 FRE 401, 402, 403 701, vague, speculation
                             [75:14-16]
75:20-22                     FRE 401, 402, 403 701, vague, speculation
75:24 - 76:16
79:4 - 80:12
80:19 - 81:1
81:9-11
81:21 - 82:17
86:2- 87:6
87:15-20
87:22-25
88:18 - 91:19                FRE 802, 701, 704, 401, 402, 403 [90:8-91:2]
92:7 - 93:5
93:18 - 94:23
99:19 - 103:1
106:11-107:23
108:1-6
108:10 - 111:25
112:8 - 113:13

113:17 - 118:2
119:6-16
120:21 - 121:5
121:9
121:11 - 122:4
122:10 - 122:24                     FRE 602, 802, assumes facts not in evidence,
                                    speculation [122:20-24]
123:3 - 124:14                      FRE 602, 802, assumes facts not in evidence,
                                    speculation [123:3-6]
                                    argumentative [124:10-14]

124:18 - 125:16
125:18 - 126:20
126:24 - 127:11
127:17 - 128:1
128:20 - 129:12
129:15-25
130:7 - 133:21
135:6 - 136:17
136:25- 139:4
140:15-21                           FRE 802, assumes facts not in evidence
140:25                              FRE 802, assumes facts not in evidence
141:2-14
141:18-24                           Assumes facts not in evidence, mischaracterizes
                                    testimony [141:22-24]
142:3-13                            Assumes facts not in evidence, mischaracterizes
                                    testimony [142:1-4]

143:13 - 145:23
146:13 - 147:10
147:15 - 149:20                     FRE 401, 402, 403, 802 [149:3-11]
                                    FRE 704, 401, 402, 403 [149:12-20]
149:24 - 150:24                     FRE 802, 403 [150:10-21]
151:11- 153:15                      FRE 401, 402, 403 [152:16-153:9]
                                    FRE 401, 402, 403, 802 [153:10-15]
153:19 - 154:17                     FRE 401, 402, 403, 802 [154:3-17]
154:21                              FRE 401, 402, 403, 802
154:23 - 155:8                      FRE 401, 402, 403, 802
155:12                              FRE 401, 402, 403, 802
155:14 - 158:1                      FRE 401, 402, 403
158:7-10                            FRE 802, 401, 402, 403
158:24 - 161:17                     speculation, assumes facts not in evidence
                                    [161:10-17]
161:21 - 162:4                      FRE 401, 402, 403, 602, 701 [161:21-162:1]
162:9 -17
162:21 - 163:23

164:5-22
165:8 - 165:10
167:11 - 168:4
172:2-25
190:8 - 192:2
192:6 - 193:24
197:4-18
198:2 - 200:18
201:1 - 202:21

Defendants' Counter - Designation          Plaintiff's Objections
181:10-22

5.    **Mourna Bacha**

Defendants' Designation                     Plaintiff's Objections
5:20 - 6:5
9:22 - 10:25
19:9-23                                     FRE 401, 402, 403
20:1                                        FRE 401, 402, 403
20:8-15
24:2-19
24:24 - 25:2
28:17-19
28:24 - 29:25
30:4-20
33:19-24
38:9-11
38:22-25
39:3-5
44:25 - 45:17
46:6-9
49:25 - 50:1
50:19-23
51:4-21
51:23 - 52:5
52:9 - 53:10
54:1 - 55:17
59:21 - 60:12                               FRE 401, 402, 403 [59:21-25]
                                            FRE 401, 402 [60:1-9]
                                            FRE 401, 402, 602, 701 [60:9-12]

63:4-23
64:2-10
70:18 - 71:1

71:7-8
71:10-22
72:25 - 73:2
73:14-17
73:21 - 74:1
74:7-9
74:12-13
75:21-25
76:7 - 77:2
79:1-9
79:12 - 80:15                               FRE 701, 702, 704 [79:24-80:3]
81:5 - 81:9                                 FRE 701, 702, 704
82:7-13
82:21-25
83:13 - 84:8
84:10
85:20-22
86:3-14
86:19-20
87:14-18
87:21-22
88:7-11
88:25 - 89:12
89:22 - 90:2
90:13-17
90:23 - 91:13
91:19-24
92:10-12
92:14 - 93:2
93:10-11
93:21-23
94:11
94:15-17
95:6-7
95:9-10
95:12 - 96:2
96:19 - 97:3
97:5 - 97:5
97:9-23
98:5 - 99:18                                FRE 401, 402, 403, vague, argumentative [99:15-
                                            18]
99:21 - 100:2                               FRE 401, 402, 403, 704, 802
100:4-11                                    FRE 401, 402, 403, 704, 802
100:13-21                                   FRE 401, 402, 403, 704, 802

101:9-16
106:6-8
106:11-25

6.    **Dee Burke**

Defendants' Designation                    Plaintiff's Objections
6:5-11
6:14 - 7:4
11:21 - 12:3
12:9-11
13:16-22
13:25 - 14:5
21:16 - 22:4
22:7-9
26:15-25
27:3-25
28:4-9
28:18 - 29:5
29:15 - 30:15
30:19 - 32:8
32:22 - 33:19
33:25 - 34:5
34:15 - 35:4
35:13-21
36:5 - 38:1
38:5-6
41:11-20
41:25 - 42:1
42:6 - 42:11
42:13 - 45:1                               FRE 401, 402, 403 [43:4-22]
                                           FRE 401, 402, 403, 802 [43:23-45:1]
46:22 - 47:2
47:8-20                                    FRE 701, 702, 401, 402, 403 [47:16-20]
48:16 - 50:15                              FRE 701, 702, 602, 401,402, 403 [48:25-50:12]
                                           FRE 401, 402, 802 [50:13-15]
54:17 - 55:15                              FRE 402, 403, 602, 701, 702 [55:11-20]
55:19 - 57:1                               FRE 401, 402 [55:21-24]
                                           FRE 701, 401,402, 403 [55:25-56-19]
                                           FRE 701, 602, 401, 402, 403 [56:20-57:1]
59:4 - 61:18                               FRE 401, 402, 403, 412, 602, 701 [59:4-14]
                                           FRE 401, 402, 403, 412, 602, 802 [59:15-24]
                                           FRE 401, 402, 403, 602, 701 [59:25-60:20]
                                           FRE 401, 402, 403, 602, 802 [60:21-61:1]

| | |
|---|---|
| 62:3-10 | FRE 602, 701, 401, 402, 403, 702 |
| 63:3-17 | |
| 64:13 - 65:3 | FRE 401, 402, 403, 412 701, 702 |
| 65:20-24 | FRE 401, 402, 403, 602, |
| 66:10-12 | FRE 412, 401, 402, 403, 701, 602 |
| 66:14-17 | FRE 412, 401, 402, 403, 701, 602 |
| 69:23 - 70:17 | FRE 701, 702, 602, 401, 402, 403 |
| 71:8-11 | |
| 72:1 - 73:5 | |
| 73:17 - 74:3 | FRE 401, 402, 403 |
| 74:10 - 76:2 | FRE 401, 402, 403 [74:10-14] |
| | FRE 402, 403,  412, 602, 701, 702 [75:17-21] |
| 76:8-77:17 | |
| 80:19 - 83:9 | FRE 401, 402, 701, 602 [81:18-82:1] |
| 83:15 - 84:6 | |
| 85:2-10 | |
| 85:12 - 85:12 | |
| 85:23 - 86:1 | |
| 87:22 - 88:3 | |
| 88:12 - 88:23 | |
| 89:8-24 | FRE 401, 402, 602,701, 702 [89:19-24] |
| 90:4 - 91:19 | FRE 401, 402 [90:4-25] |
| | FRE 401, 402, 701, 702  [91:1-19] |
| 92:1-13 | FRE 401, 402, 701, 702 |
| 92:22-24 | |
| 94:9-11 | FRE 401, 402, 602, 701, 702 |
| 94:13 - 95:25 | FRE 401, 402, 602, 701, 702 |
| 96:4 - 97:19 | FRE 401, 402, 602, 701, 702 [96:4-97:18] |
| | FRE 401, 403, 602, 402, 701, 702, speculation, argumentative [97:19-25] |
| 97:21 - 98:7 | FRE 401, 403, 602, 402, 701, 702, speculation, argumentative |
| 98:15 - 100:20 | FRE 701, 602 [98:15-18] |
| | FRE 704, 602, 701, 702 [99:24-100:4] |
| 101:11-23 | FRE 401, 402, 701, 602 |
| 105:5 - 108:5 | FRE 401, 402, 403, 701, 602 [105:5-106:13] |
| | FRE 802 [106:23-107:11] |
| | FRE 401, 402, 701, 602 [107:12-108:5] |
| 108:10 - 109:12 | FRE 401, 402, 403 [108:10-16] |
| | FRE 401, 402, 403, 802 [108:17-20] |
| | FRE 401, 402, 403 [108:21-25] |
| | FRE 401, 402,403,701 [109:1-3] |
| 114:15 - 115:5 | FRE 802 [115:3-5] |
| 115:11-16 | |
| 115:20 - 116:5 | FRE 802 [116:1-5] |

119:14-25
120:3 - 120:3
120:21 - 122:2                    Inadmissible per 32(b); FRE 802, 402
122:21-25
123:3 - 123:3
124:5-23
125:2-15
126:18 - 127:1
127:8 - 128:8
129:21 - 130:6                 FRE 701, 702, 602, 401, 402, 403
132:8 - 133:6
134:12-14
134:17 - 136:21               FRE 401, 402 [135:19-25]
138:15-19
139:6-24
141:16 - 144:7
144:9-11
144:13-20                     FRE 602 [144:19-20]
147:15-24                     FRE 701, 401, 402, 602, 403
148:9-149:5
152:5-25
160:4-8                        FRE 401, 402, 403, 802
160:11 - 160:11               FRE 401, 402, 403, 802
161:14-18                     FRE 401, 402, 403, 802 [161:17-18]
166:21 - 167:16               FRE 704, 701, 702, 602, 401, 402, 403 [167:3-16]

169:14-16
170:4 - 171:17                FRE 401, 402, 403 [170:4-12]
                                   FRE 602, 401, 402, 403, 802 [170:13-21]
                                   FRE 401, 402, 403, 701 [170:22-25]
173:23 - 174:5
174:8-12
174:15-17
179:16 - 180:12               FRE 802, 602 [179:23-180:5]
                                   FRE 403, 701, 602 [180:10-12]
242:18-25
243:5-9
250:10-13
250:15-19
250:21-22
251:6-10
251:12-17
251:19-21
274:21 - 275:21
286:4-18
286:23 - 287:2

287:4 - 287:10
287:21 - 288:8
288:21 - 289:5
289:7-8
290:14-19                                              FRE 702, speculation
290:21-22                                             FRE 702, speculation

Defendants' Counter - Designation          Plaintiff's Objections
85:20-22
276:4-7


7.      **David Haller (2/11/2008)**


Defendants' Designation                     Plaintiff's Objections
5:9-12
5:16-20
6:11-17
7:1-5
7:13-17
8:13-19
9:12-22
10:20-11:3
14:11-14
14:17-14:19
16:4-8
17:21-18:8
18:12-15
20:7-17
25:15-26:1
26:4-7
26:10-14
26:21-27:1
28:23-29:10
30:1-17
48:7-15
49:17-51:12
63:8-11
64:7-65:1
65:9-66:8
71:19-72:11
72:15-20
74:21-75:2
79:11-23
80:6-11