# EXHIBIT

# G

# EXHIBIT G

## JOINT LIST OF VOIR DIRE QUESTIONS

1. Has anyone ever held a position at an executive or managerial level?

**[Follow-ups for Individual Voir Dire:]** Please describe the position. Did you supervise any employees? How many employees did you supervise? How long did you hold this position?

2. Does anyone own stock in a pharmaceutical company?

3. Does anyone have any experience working for or with a pharmaceutical company?

4. Has anyone ever been involved in the testing of a product for purposes of putting the product on the market?

5. Has anyone ever served on a jury?

**[Follow-ups for Individual Voir Dire:]** Was it a civil or criminal case? What was the verdict? Were you satisfied with the outcome of the case? Were you the foreperson?

6. Do any of you have any special experience, training, knowledge or education that you can rely on to help you decide a case involving a prescription drug?

**[Follow-ups for Individual Voir Dire:]** Please describe this specialized experience, knowledge, or training.

7. Has anyone ever heard of a drug company called AstraZeneca, Inc.?

**[Follow-ups for Individual Voir Dire:]** What have you heard about the company? From what source did you hear this?

8. Have any of you or an immediate member of your family ever been diagnosed with Diabetes?

**[Follow-ups for Individual Voir Dire:]** Was it yourself or if not what is the person's relationship to you? Was it Type I or Type II diabetes? How long has the person has Diabetes? What health complications has the person suffered? What were the causes of the Diabetes?

9. Does anyone know the plaintiff or any of the potential witnesses in this case?

   - [Plaintiff's and Defendants' witness list to be provided]

10. Does anyone know any of the other potential jurors or attorneys involved in this case?

   - [Plaintiff's and Defendants' counsel list to be provided]

11. Has anyone had any business dealings with any of the law firms involved in this case?

   - [Plaintiff's and Defendants' list of law firms to be provided]

12. Is anyone familiar with Seroquel or any other anti-psychotic medication?

13. Has anyone ever heard of Seroquel or any other anti-psychotic medication on the radio, television, newspapers, or other medium - - for example, over the internet?

14. Does anyone have any positive feelings toward companies that manufacture prescription medications?

15. Does anyone have any negative feelings toward companies that manufacture prescription medications?

16. Does anyone have positive feelings toward people who bring lawsuits against companies that manufacture prescription medications?

17. Does anyone have negative feelings toward people who bring lawsuits against companies that manufacture prescription medications?

18. Do any of you believe that damages awarded in lawsuits are usually too low? Or usually too high?

19. Does anyone believe you should not, under any circumstance, award money damages for things like mental anguish or pain & suffering?

20. Have any of you or anyone close to you ever taken a prescription drug that had a high risk of serious side effects?

21. Who believes that a certain percentage of people must get a particular side effect before the drug company must warn of the side effect?

22. Have any of you or anyone close to you ever had any experience with the medication, Seroquel, or any other drug used to treat a serious mental disorder?

**[Follow-ups for Individual Voir Dire:]** What was the medication? Was it yourself or someone else who had the negative experience? What is your relationship with this person? What was the negative experience? How long had the person been taking the

drug? Is he or she still taking the drug? Did the person benefit at all from the medication?

23. **[For each individual]** Do you consider bipolar illness, otherwise known as manic depression, or schizophrenia to be a particularly serious condition or not?

24. Do any of you have any special knowledge of, or expertise with, psychiatric illnesses such as clinical depression; bipolar disorder; schizophrenia/schizoaffective disorder; or post-traumatic stress disorder (PTSD)?