# EXHIBIT 8

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  Seroquel Products Liability Litigation,
MDL DOCKET NO. 1769,

This document relates to:

David D. Haller
(David D. Haller 6:07-cv-15733)
_____/

VIDEOTAPED DEPOSITION OF MOURNA BACHA, M.D.

Thursday, August 21, 2008
9:34 a.m. - 11:17 a.m.

Offices of Dr. Bacha
1173 Turner Street
Clearwater, Florida

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REPORTED BY:
MICHELLE OLSEN BADEN, RPR, FPR
Notary Public
State of Florida at Large
Esquire Deposition Services - Tampa, Florida
813-221-2535 (800-838-2814)
Job No.:  N950619

**2**

APPEARANCES:

LESLIE HORNSBY, ESQUIRE
C/O K. CAMP BAILEY, ESQUIRE
BAILEY PERRIN BAILEY, LLP
440 Louisiana Street, Suite 2100
Houston, Texas 77002
713-425-7100
    Attorney for Plaintiff

STEVEN J. ELLISON, ESQUIRE
FAEGRE & BENSON
3200 Wells Fargo Center, 1700 Lincoln Street
Denver, Colorado 80203
612-766-8672
    Attorney for Defendant

ALSO PRESENT: BILL HOOPER, Videographer

**3**

INDEX

                                                          PAGE
_____

Examination By Mr. Ellison.......................5
Examination By Ms. Hornsby.....................102

Signature Page/Errata Sheet.....................108
Attorney Notification Letter.....................109
Certificate of Reporter...........................110
Certificate of Oath..............................111


EXHIBITS

NO.   DESCRIPTION                    PAGE

1   Document Bates number Kanaan and Bacha Meds  78
    Number 8, in re: August 7, 2007, visit
2   Medical record dated 8/19/08              94
3   Medical record dated April 22nd, 2008     96

**4**

The deposition of MOURNA BACHA, M.D., was taken pursuant to Notice by counsel for the Defendant on Thursday, August 21, 2008, commencing at 9:34 a.m. at Offices of Dr. Bacha, 1173 Turner Street, Clearwater, Florida. Said deposition was reported by Michelle Olsen Baden, RPR, Notary Public, State of Florida at Large.

- - - - - - - - - -

WHEREUPON:

THE VIDEOGRAPHER: We are now on the record. This is Tape Number 1 in the videotaped deposition of Dr. Mourna Bacha --

THE WITNESS: Bacha.

THE VIDEOGRAPHER: -- Bacha taken in the matter of Seroquel Products Liability litigation MDL Docket Number 1769 relating to Haller versus AstraZeneca LP, et al., David D. Haller, 6:07-cv-15733, to be heard in the United States District Court Middle District of Florida, Orlando Division.

The deposition is being held at the Offices of Dr. Bacha located at 1173 Turner Street, Clearwater, Florida.

Today's date is August 21st, 2008, and the time is 9:34 a.m. The court reporter is Michelle Baden, and the videographer is Bill Hooper on behalf

**5**

of Esquire Deposition Services.

Would counsel please introduce themselves after which the court reporter will swear in the witness.

MS. HORNSBY: Leslie Hornsby, Bailey, Perrin and Bailey for plaintiff, David Haller.

MR. ELLISON: And Steven Ellison, Faegre and Benson, on behalf of AstraZeneca.

THE REPORTER: Please raise your right hand.

Do you solemnly swear or affirm that the testimony you give today in this matter will be the truth, the whole truth and nothing but the truth?

THE WITNESS: I do.

MOURNA BACHA, M.D.,
a witness, having been duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MR. ELLISON:

Q   Good morning, Doctor. Would you state your name, please.

A   Mourna Bacha.

Q   And your business address?

A   1173 Turner Street, Clearwater, Florida 337 -- 756.

6

1  Q   And you are a primary care physician?
2  A   I am.
3  Q   Licensed to practice in the State of Florida,
4  correct?
5  A   Yes.
6  Q   Anywhere else?
7  A   No.
8  Q   And you understand that we are here taking
9  your deposition today because one of your patients, a
10  David Haller, claims that a medication that he used,
11  manufactured by my client, called Seroquel caused him to
12  develop diabetes. Were you aware of that before I told
13  you that just now?
14  A   No.
15  Q   Doctor, I note that the phone has rang, and
16  that you did address your cell phone. I'm a doctor's
17  kid. If for whatever reason you need to take a call
18  during the deposition today, will you please just let me
19  know, and we'll take a break right then and there?
20  A   Sure. I will do.
21  Q   Have you ever been forced to be deposed
22  before?
23  A   Yes, not the first time.
24  Q   How many times?
25  A   Couple of times.

7

1  Q   Have you, yourself, ever been sued?
2  A   No, never.
3  Q   What were the nature of those depositions?
4  A   That was a few years ago. I actually forgot.
5  The same kind of like medication issue, small things.
6  Q   A patient sued claiming injury as a result of
7  a medication?
8  A   I really forget. Maybe it was a car accident
9  or something like this.
10  Q   Have you ever testified in court before?
11  A   In a regular court, no.
12  Q   I assume you have never been convicted --
13  A   Never.
14  Q   -- of any offense --
15  A   No.
16  Q   -- or sued yourself?
17  A   Never, never.
18  Q   Fair enough.
19     Although you have some familiarity with the
20  deposition process, I'm going to go over a few ground
21  rules for today so that you and I are on the same page;
22  is that fair?
23  A   Sure.
24  Q   As you can see, the court reporter on your
25  left is transcribing everything that is being said.

8

1  Michelle is going to get real mad at me if I don't make
2  sure that the record that she's preparing for us is
3  clear. Nods of the head, shrugs of the shoulders,
4  huh-uhs and uh-huhs are very hard for her to transcribe.
5  A   Sure.
6  Q   Will you do your best to answer my questions
7  audibly today?
8  A   I will.
9  Q   You and I just met for the first time today;
10  isn't that right?
11  A   Correct.
12  Q   And you have not had any communication with
13  anyone from AstraZeneca about this deposition or,
14  indeed, about Mr. Haller; is that correct?
15  A   That's correct.
16  Q   And you met plaintiff's counsel for the first
17  time today; isn't that right?
18  A   Correct.
19  Q   So although we don't know each other yet, one
20  of the things that happens, as depositions proceed, is
21  you will, believe it or not, become more comfortable
22  with me. When that happens -- and I will become more
23  comfortable with you -- this process will become more
24  conversational. When that happens people often
25  anticipate where a question is going, and they will

9

1  answer it or finish a sentence. That also makes
2  Michelle's job very hard.
3     Will you do your best to wait until I provide
4  a question entirely before you answer it?
5  A   Sure. I will.
6  Q   And I will do my best to do the same -- extend
7  you the same courtesy.
8     As I mentioned, if for whatever reason you
9  need a break at any point in time, you just let me know,
10  and we'll take one. Okay?
11  A   I will.
12  Q   Also although English is my native language,
13  during the course of the deposition today, I'm bound to
14  ask you a question that is not even in English. If I
15  ask you a question and you don't understand it, will you
16  let me know, and I will rephrase it?
17  A   I will.
18  Q   Is English your native language?
19  A   No.
20  Q   What is?
21  A   Arabic.
22  Q   Are you from Syria?
23  A   I am.
24  Q   Are you an American citizen?
25  A   Yes.

3 (Pages 6 to 9)

10

1  Q   When did you obtain citizenship?
2  A   Five years ago.
3  Q   Did you attend medical school in Syria?
4  A   In Syria.
5  Q   What was the name of the school? .
6  A   Damascus University.
7  Q   And you are thus licensed in Syria to practice
8  medicine as well; is that correct?
9  A   Yes.
10  Q   When did you move to the United States?
11  A   1997.
12  Q   Who is your -- your partner?
13  A   Dr. Kanaan, Elias Kanaan.  He is my husband,
14  too.
15  Q   And he is also your husband; isn't that
16  correct?
17  A   (Witness nods.)
18  Q   Are you two the only two physicians who
19  practice here?
20  A   Yes.
21  Q   Is he also a primary care physician?
22  A   He is.
23  Q   I understand that David Haller is your
24  patient, though; is that correct?
25  A   Correct.

11

1  Q   From time to time, in the ordinary course of
2  practice, your husband would cover for you if you are
3  not available; is that correct?
4  A   Correct.
5  Q   And each of you, when you engage in the care
6  and treatment of patients, create records, you make
7  notes and you compile lab reports, all sorts of medical
8  records that relate to the patient; isn't that correct?
9  A   Correct.
10  Q   And is it your custom and practice to do that
11  shortly after seeing the patient?
12  A   At the same time.
13  Q   At the same time?
14  A   (Witness nods.)
15  Q   You -- yes?
16  A   Yes.
17  Q   And are those records kept here?
18  A   Correct.
19  Q   In the ordinary course of your professional
20  practice?
21  A   Yes.
22  Q   And the same would be true as to your partner
23  Dr. -- and is it Kanan (sic)?
24  A   Kanaan.
25  Q   Kanaan.  Thank you.

12

Is that correct?
1  A   Correct.
2  Q   You brought with you the medical file, and
3  those are the records that you provided the parties in
4  this litigation; is that correct?
5  A   Correct.
6  Q   You were served with an authorization and I
7  believe a subpoena, and your office responded to that
8  subpoena by providing copies of all of the medical
9  records that -- and all of the records that you have
10  relating to the care and treatment of David Haller; is
11  that correct?
12  A   Correct.
13  Q   And in front of you this morning you have a
14  copy of that file; is that right?
15  A   Correct.
16  Q   So that you know, Counsel and I -- Leslie and
17  I -- have our own copies of those medical records.  When
18  we got them, folks on our behalf put stamps on the
19  bottom of them.
20       Are you more comfortable -- I presume you are
21  more comfortable using your chart for purposes of
22  refreshing your recollection today?
23  A   Yes.
24  Q   I may also ask you specific questions about

13

individual records.  I will identify those for you by
date.  I may mark them as exhibits, but for Leslie's and
my benefit I will identify those numbers for the record;
is that fair?
A   No problem.
Q   Also, either Leslie or I -- likely in part
because I will ask questions that aren't in English from
time to time -- may make objections to the record.  That
is for purposes of the record only.  You still should
answer a question.  And if you've got concerns about
whether there is a confidentiality issue or something
along those lines, will you simply let me know, and we
can address that either on or off the record.  Okay?
A   I'll do.
Q   Did you talk to anyone to prepare for your
deposition today?
A   I just get some information about --
Q   From whom?
A   -- the medication.
    About -- from the drug company that provided
the medication.
Q   You contacted AstraZeneca?
A   I didn't contact nobody.  They usually come to
me to provide samples, and I asked for the most recent
study done on Seroquel.

**14**

1    Q    Who is that person you spoke with?
2    A    I don't remember his name, but we can provide
3    it.
4    Q    Did you discuss the litigation with this
5    person at all?
6    A    No.
7    Q    You simply asked for what the most recent
8    clinical study was?
9    A    Correct.
10    Q    And did that individual provide you with the
11    study?
12    A    Yes, some information.
13    Q    Do you have that with you here today?
14    A    I do.
15    Q    May I see that, please?
16    A    Sure.
17        MR. ELLISON:  The doctor is handing me a file.
18    Q    This is material that was not provided as part
19    of the subpoena; is that correct?
20    A    Correct.
21    Q    Okay.  The first document in this file appears
22    to be the prescribing information for Seroquel.  The
23    date on it is 2008.
24        Did I accurately identify this first document,
25    Doctor?

**15**

1    A    Excuse me?
2    Q    Did I accurately identify this first document?
3    A    Yes.
4    Q    I'm trying to refold it.  I'm going to hand it
5    to my colleague and beg her indulgence.
6        He also provided you with a copy of an article
7    entitled, "Quetiapine monotherapy for mania-associated
8    with bipolar disorder:  combined analysis of two
9    international, doubleblind, randomized,
10    placebo-controlled studies."  The lead author on that is
11    Edward Vieta, and it is dated 2005, I believe —
12    April 2005, published May 12th, 2005, online.
13        Did I accurately identify that second article,
14    Doctor?
15    A    Correct.
16    Q    The third article that's identified is
17    entitled, "Quetiapine is effective against anxiety and
18    depressive symptoms in long" — excuse me — "long-term
19    treatment of patients with schizophrenia."  The lead
20    author is Sigfried Kasper.  Appears to have been
21    published in "Depression and Anxiety" in 2004,
22    Volume 20, Pages 44 through 47.
23        Doctor, did I accurately identify that third
24    document?
25    A    Correct.

**16**

1    Q    There also appears to be a number of
2    E-mails —
3    A    Those are websites that I didn't have time to
4    go over it.
5    Q    — identified.
6        And the first is an E-mail from a Patty
7    Reisman.  The E-mail address is PReisman, R-e-i-s-m-a-n,
8    at cmdny.com.  The date is July 8th, 2008.  A Mark
9    Morison is the author.  And the subject is, "Materials
10    and dial in for the new insights bipolar depression
11    primary care series on demand."
12        Doctor, this — did I accurately identify this
13    document?
14    A    Correct.
15    Q    Doctor, your name does not appear on this.  Do
16    you know who Patty Reisman is?
17    A    No.
18    Q    Do you know who Mark Morison is?
19    A    No.
20    Q    Do you know how this came to be amongst the
21    materials that you reviewed in preparation for —
22    A    It was all in that same envelope.  It was
23    supposed to be a website if I want to have more
24    information, and I didn't really need it.
25    Q    Fair enough.

**17**

1        There is also — the last document appears to
2    be a printout of a PowerPoint presentation entitled, "A
3    Primary Care Series.  New Insights in the Treatment of
4    Bipolar Depression Highlights."  The date on the bottom
5    right corner of the first page is January '08.
6        Doctor, did I accurately identify that
7    document for you?
8    A    Correct.
9    Q    And is it correct that I have accurately
10    identified all of the documents that you reviewed —
11    A    Yeah.
12    Q    — that were provide to you by AstraZeneca; is
13    that correct?
14    A    Correct.
15    Q    Just so I have a clear — more clear
16    understanding, you asked for stuff from this individual
17    from AstraZeneca, and he gave you the entire manila
18    folder that I'm holding in which all of these documents
19    were there?
20    A    Yes.
21    Q    Which ones, if any, did you actually look at?
22    A    I looked at that recent conference —
23    Q    The PowerPoint —
24    A    — the — yeah, the PowerPoint.
25    Q    — that you just referred to?

18

1    A   Yes.
2    Q   Anything else?
3    A   No.
4    Q   Did you eyeball the articles at all?
5    A   I eyeballed it a little bit, yeah.
6    Q   What information, if anything, did you glean
7    from the materials review that you didn't know before?
8    A   Actually the stuff that I knew before.  It was
9    nothing new for me.
10   Q   You didn't learn anything from that
11   information?
12   A   I didn't, no.
13   Q   You also — in addition to this individual
14   from AstraZeneca with whom you spoke — was he a sales
15   rep?
16   A   Yes.
17   Q   Okay.  You see sales reps from companies all
18   the time —
19   A   All the time.
20   Q   — isn't that correct?
21   A   Yeah.
22   Q   They are always at you, giving the new pitch
23   for the new drug; isn't that right?
24   A   Correct.
25   Q   You understand that they are there because

19

1    they would like, on behalf of their company, for you to
2    write new prescriptions; isn't that correct?
3    A   Correct.
4    Q   Is that a surprise to you, Doctor?
5    A   No.
6    Q   You know full well what they are doing; isn't
7    that correct?
8    A   Yes.
9    Q   You don't rely on what sales reps pitch you
10   about the different medications in prescribing, correct?
11   A   Never.
12   Q   You would never prescribe a medication because
13   a sales rep told you something; is that correct?
14   A   Never.
15   Q   You rely on your experience, expertise, skill,
16   training and talent when you make decisions about what
17   medications to prescribe; is that correct?
18   A   Correct.
19   Q   And you would never, ever rely on a sales
20   representative's representation in making a prescription
21   decision of any kind —
22   A   Correct.
23   Q   — is that correct?
24       THE REPORTER:  Could you just wait for his
25   complete question?

20

THE WITNESS:  Sure.
THE REPORTER:  Thank you.
MR. ELLISON:  I was on a roll, Michelle.
THE REPORTER:  Sorry.
BY MR. ELLISON:
Q   Do you subscribe to any medical journals?
A   No.
Q   Is it your custom and practice to regularly
review medical literature of any sort to stay abreast of
developments in the field of primary care practice?
A   Correct.  But they are all under my husband's
name; so we receive all — "The New England Journal,"
the "JAMA," the "Consult."
Q   Are those the ones you review regularly?
A   Yes.
Q   Do you review those around the time that you
get them?
A   Yes.
Q   Okay.
A   Most of the time.
Q   If I understand correctly, his name is on the
magazine; so he gets the mail; is that correct?
A   Correct.
Q   And when he's done with it, he hands it to
you?

21

A   Correct.
Q   Any other medications that you rely on on a
regular basis?
A   Not really.
Q   Let me come back to who you spoke with about
the deposition.  Did you talk to Dr. Kanaan about this?
A   No.
Q   Does he know that you are being deposed in the
relation to the patient David Haller?
A   He knows that I have a deposition, but he
doesn't know what it is about.
Q   He's just happy he is not here this morning;
is that right?
A   (No response.)
    MR. ELLISON:  I notice the witness did not
answer that question, and so I will withdraw it.
Q   Have you reviewed any medical records —
strike that.
    Have you talked with any of Mr. Haller's
mental health practitioners about his condition or about
this litigation?
A   No.
Q   At no point in time?
A   At no point.
Q   Do you understand that he's seen quite a

**22**

1    number of mental health practitioners?
2    A    I know he's at Directions, which is the
3    psych -- psyche eval and treatment, and he's been on it
4    for a few years, but I don't have any documentation from
5    his psychiatrist.
6    Q    And you never felt it necessary --
7    A    No.
8    Q    -- to communicate directly with them?
9    A    No.
10    Q    That is correct?
11    A    Correct.
12    Q    Have you talked to Mr. Haller about this
13    deposition at all?
14    A    I did.
15    Q    And when did that discussion occur?
16    A    That happened two days ago because he
17    presented to the office for a different reason, and I
18    had to admit him to the hospital.
19    Q    What reason did he present to the office?
20    A    He presented with abdominal pain, and I
21    admitted him for gastroparesis.
22        THE REPORTER:  I'm sorry.  For?
23        THE WITNESS:  Gastroparesis.
24        I just mentioned to him that I'm going to be
25    doing the deposition.

**23**

1    BY MR. ELLISON:
2    Q    Is he currently in the hospital?
3    A    He is.
4    Q    Which hospital?
5    A    Largo Medical Center.
6    Q    And that is here in Florida; is that correct?
7    A    Correct.
8    Q    So you told him that you were being deposed,
9    but you didn't talk about the deposition at all?
10    A    I did not.
11    Q    You didn't ask him what is the nature of this?
12    A    No.  Because he was sick.
13    Q    Any other discussions with any person about
14    this deposition today?
15    A    No.
16    Q    You reviewed your chart to prepare for this
17    morning --
18    A    I did.
19    Q    -- is that correct?
20    A    Correct.
21    Q    Did you review anything else apart from what
22    we've already identified as received from the sales rep?
23    A    No.
24    Q    Did you do any independent research, apart
25    from asking the sales rep for information?

**24**

A    No.
Q    What is gastroparesis?
A    It is a delay of gastric emptying.  It happens
for some people.  And Mr. Haller has been admitted many
times for this reason.
Q    For many different --
A    For many -- yeah.
Q    -- years, correct?
A    Many different years.
Q    What causes it?
A    It can be caused by diabetes, and it can be
caused by having severe gastric reflux disease.
Q    He has that, right?
A    He has that.
Q    And I'm referring to the gastric reflux right
now, correct?
A    Correct.
Q    Bulimia can cause it, correct?
A    Correct.
Q    Sticking your finger down your throat and
forcing yourself to vomit can cause gastroparesis; isn't
that correct?
A    That, I'm not sure.
Q    Any other causes of which you are aware?
A    No.  Some people they have it without any, you

**25**

know, past medical history of diabetes or reflux or any
gasses disease.
Q    Approximately 40 percent of people; isn't that
correct?
A    I don't have the exact number.
Q    Don't know the number?
A    I don't know.
Q    Does that sound about right?
A    Could be, but I can't --
Q    Not sure.
    In your experience, about how many cases of
gastroparesis have you dealt with that you couldn't
identify a particular cause?
A    It could be around 10 percent.
Q    What are the symptoms of gastroparesis?
A    When you have a delay of gastric emptying, you
feel full and you are not digesting very well; so you
can have nausea, vomiting, stomach pain, stuff like
that.
Q    If someone has a history of forcibly inducing
vomiting, how can you tell whether vomiting is
associated with gastroparesis or that they simply went
into another room and forced themself to vomit?
A    Forcing yourself to vomit should not causing
you to have abdominal pain.  You are just, you know --

7 (Pages 22 to 25)

26

1   it is another kind of disease.
2   Q   When a patient complains about abdominal pain,
3   you rely on them; isn't that correct?
4   A   Yes.
5   Q   As to Mr. Haller, have you ever done any tests
6   relating to his gastroparesis?
7   A   Yes. He went to the specialist,
8   gastroenterologist.
9   Q   That would be Dr. Belur Sreenath, correct?
10   A   Dr. Sreenath.
11      And he didn't have a lot of endoscopy done by
12   him, which showed that he has reflux disease. And
13   gastroparesis is something they can tell when they do
14   the endoscopy, and he was being treated for that since
15   he came to me, actually, for a few years.
16   Q   Doctor, you have not looked at Dr. Sreenath's
17   deposition in this case, have you?
18   A   No. I didn't know he was --
19   Q   Your reaction -- your reaction suggests that
20   you didn't know he was deposed?
21   A   No, I did not.
22   Q   Are you familiar with what Dr. Sreenath's
23   findings were, apart from gastric reflux?
24   A   No, sir.
25   Q   I represent to you that Dr. Sreenath testified

27

1   that he believed that the condition was psychosomatic?
2   A   Uh-huh.
3   Q   You are nodding. Is that inconsistent with
4   your understanding?
5   A   It could be the reason, but I was not aware of
6   it.
7   Q   You don't have -- in order to determine what
8   the cause of someone's gastroparesis is, what would you
9   have to do?
10   A   I usually do that with medications. If they
11   have a reason for them to have gastroparesis, then I
12   will treat it. And if they get better with the
13   medication, that means that they have it.
14      And we usually refer to the gastroenterologist
15   to do the study, which is going to be endoscopy and
16   emptying stomach. They usually give dye and see for how
17   long it will stay in their stomach.
18      But for him -- I mean, he was under the
19   gastroenterologist and he was under the medication; so
20   he was pretty stable, but from time to time -- you know,
21   he's obese. So that he has another reason for him to
22   have gastroparesis. Because he's, you know --
23   Q   Obesity?
24   A   Obesity.
25      So it was not so surprising. And in addition

28

1   to his, you know, bipolar problem, that's, you know --
2   and all the medication that he takes and stuff, that it
3   was, you know, for him to --
4   Q   Do I correctly infer that you really couldn't
5   figure out what actually caused his gastroparesis?
6   A   He has a history of --
7      MS. HORNSBY: Objection; form.
8      THE WITNESS: He has a history of diabetes.
9   BY MR. ELLISON:
10   Q   And if he went to the hospital for abdominal
11   pain before he was ever diagnosed with diabetes, would
12   that --
13   A   No. He came to me in '05 with the diagnosis
14   of diabetes.
15   Q   Let me back up and make sure we are on the
16   same page.
17      You treated him from 2005 through the present;
18   is that correct?
19   A   Correct. Correct.
20   Q   If he was hospitalized for abdominal pains
21   before he ever saw you and before he was ever diagnosed
22   with diabetes, would that affect your view?
23   A   No.
24   Q   You would still think -- if he had
25   gastroparesis before he had diabetes, you would still

29

1   think that the diabetes caused his gastroparesis?
2   A   If he had gastroparesis before he had the
3   diabetes?
4   Q   Yeah.
5   A   I mean, his diabetes is not -- he's borderline
6   diabetes.
7   Q   So you don't think the diabetes caused it?
8   A   I don't think the diabetes -- he doesn't have
9   diabetes -- he's borderline. He just control with not
10   even a medication. He doesn't take a medication. I
11   don't think he's on any diet, even though that we
12   recommend it.
13      The few tests that we did the higher glucose
14   was 126, and that was not fasting. The recent blood
15   work that I did was 101 glucose fasting. All the
16   Hemoglobin A1C, which is a marker for the diabetes, was
17   5.5.
18   Q   Which is the normal range?
19   A   Which is in the normal range.
20      But this patient, when he presented to us,
21   presented with a history of diabetes; so when somebody
22   tells you that he has diabetes, you put it as a past
23   medical history. But for me to decide if he needed
24   treatment or not, it was according to the blood work, to
25   the marker, and he didn't need a medication.

30

1  Q   I hear you and I understand what you are
2  saying.
3  A   Yeah.
4  Q   That is the next question I would have asked
5  you.
6  A   All right. So for his gastroparesis, I don't
7  think it is related to diabetes more than the other
8  problem that he's having.
9  Q   That is what I'm after. If I understand you
10  correctly, you think the gastroparesis isn't a result of
11  the diabetes; you think it's all those other problems
12  you previously —
13  A   I think so.
14  Q   Fair enough.
15  And you would defer to his gastroenterologist,
16  Dr. Sreenath, on the histories of gastroparesis —
17  A   Correct.
18  Q   — its cause, the consequences and that; is
19  that correct?
20  A   Correct.
21  Q   You are not an expert in this area; is that
22  right?
23  A   I am not.
24  Q   You don't hold yourself out as an expert on
25  that point?

31

1  A   I am not.
2  Q   Is gastroparesis a permanent condition?
3  A   Once you have it, I think you still going to
4  have a problem from it, but it's usually well-controlled
5  with the medication.
6  Q   What medication, if any, is Mr. Haller taking
7  for that?
8  A   He's taking Reglan.
9  Q   And what is Reglan?
10  A   Reglan is an anticholinergic and usually help
11  with stomach emptying.
12  Q   Apart from stomach pain, nausea and vomiting,
13  are there any other symptoms associated with
14  gastroparesis?
15  A   No.
16  Q   Again, when you take a medical history of the
17  patient, you rely on the patient to provide you with
18  accurate information; is that correct?
19  A   Correct.
20  Q   You have never undertaken to determine
21  independently whether what Mr. Haller was telling you
22  was true, have you?
23  A   We rely on patient, but we also do our
24  research. We will rely on our experience with patient.
25  For somebody who have bipolar disease, you cannot rely

32

on them very much.
Q   And why is that?
A   Because sometimes they don't tell the truth.
Mr. Haller, himself, he has a history of suicidal idea,
and he has been admitted to the hospital for suicide.
And he sometime take over medication. Those patients
you can't rely on them. Sometimes they take more than
what they should take. So you really have to be
careful.
Q   Do you view them as noncompliant?
A   He is noncompliant.
Q   Do you find it difficult to treat Mr. Haller
for any particular reason?
A   Yes. In the beginning he had problem with the
office. I don't recall exactly what it was, but he
decided to change us as a primary care, and then he
change his mind. He came back, and we accepted him.
Sometimes we do not except when we send an
official letter saying that we — but for his case, he
was in the hospital. He was not happy with Dr. Kanaan,
and he came back after all. We accepted him. But he
had this — he had some kind of personality that, you
know, you have to be careful with him.
Q   I represent to you that we have taken the
deposition of many of his mental health care providers.

33

Your understanding of his condition is that it is
bipolar?
A   Yes.
Q   Are you aware of any of the other diagnoses?
A   No.
Q   Are you familiar with a condition called
antisocial personality disorder?
A   He definitely have some of — some of that
character.
Q   What is your understanding of that?
A   He's very to himself. He's not very open.
It's very difficult to deal with him. You have to be
really very careful.
I notice that from my dealing with him, but
that was not a problem for me because I can understand
my patient, and because he was follow-up with the psych
and on medication for long time, I was not worried about
this.
Q   You rely on his psychiatric and psychological
health care providers —
A   I do.
Q   — for the treatment of his mental illness; is
that correct?
A   Yes.
Q   The records suggest — may suggest that from

9 (Pages 30 to 33)

34

1  time to time you wrote prescriptions for mental health
2  medications for Mr. Haller. Were you just covering the
3  prescriptions because he ran out of medication?
4      A   Sometimes.
5      Q   Did you ever make an independent determination
6  that a particular mental health medication was not right
7  for him and changed the prescription?
8      A   Not for him.
9      Q   Not for him. You deferred to —
10     A   Yes.
11     Q   — the folks at Directions; is that correct?
12     A   Correct. Unless I'm not happy with the
13  treatment, then I may do something.
14     Q   But you did not for Mr. Haller, correct?
15     A   I didn't.
16     Q   You said there was some trouble with the
17  office with Mr. Haller. Did I hear you correctly?
18     A   Correct.
19     Q   Can you tell me more fully about that?
20     A   What I remember — and that was a while ago —
21  that he was not happy when he was in the hospital. I
22  don't usually go to the hospital. My husband cover for
23  me when the patient is there.
24         And the patient like Mr. Haller, who have, you
25  know, some kind of mental problem, they don't like too

35

1  much change. So I think Mr. Haller decided to change
2  the primary, and then he changed his mind. So we took
3  him back, but I don't know more details.
4      Q   Has there ever been an incident in the waiting
5  room with him?
6      A   Never.
7      Q   Has he ever threatened you?
8      A   Never.
9      Q   Ever yell at you?
10     A   Never.
11     Q   Anyone on the office staff?
12     A   That, I don't know. I don't have any reports.
13     Q   None of the office people have come and talked
14  with you about him?
15     A   No.
16     Q   Did he ever do anything that made you feel
17  uncomfortable?
18     A   No.
19     Q   Did you ever get a report from anyone here
20  that he did something that made them feel uncomfortable?
21     A   No.
22     Q   For the entire duration of your treatment of
23  Mr. Haller, he's been using mental health medications;
24  is that correct?
25     A   Correct.

36

1      Q   Are you aware of any instances in the past
2  where he's threatened his mental health care provider?
3      A   No.
4      Q   Or his primary care physician?
5      A   No.
6      Q   Are you aware of any of his convictions?
7      A   No.
8      Q   Has he ever told you about any of his criminal
9  convictions?
10     A   No.
11     Q   Has he ever told you about his sexual
12  behavior?
13     A   No.
14         MS. HORNSBY: Objection to form.
15  BY MR. ELLISON:
16     Q   Has he ever told you that he was convicted of
17  rape?
18     A   No.
19     Q   Has he ever told you that he's been convicted
20  on numerous occasions of exposing himself and
21  masturbating in front of children?
22     A   No.
23     Q   Is that information something that you would
24  hope the mental health care people would take into mind
25  when they are making prescription decisions?

37

1      A   Absolutely.
2      Q   And you've received no reports of him making
3  any threats of violence or inappropriate sexual contact
4  toward your staff and you experienced none yourself; is
5  that correct?
6      A   No.
7      Q   That is correct?
8      A   Correct.
9      Q   When was the first time you saw Mr. Haller?
10  And if you need to, please feel free to look at the
11  chart.
12     A   July '05. July 27, '05.
13     Q   Do you know whether, as of that time, he had
14  already been diagnosed with diabetes?
15     A   Dr. Kanaan saw him that day, and I don't see
16  diabetes in the history.
17     Q   It is your custom and practice to rely on the
18  medical records, either generated by yourself or by your
19  husband, Dr. Kanaan, in providing care and treatment for
20  your patients; is that correct?
21     A   Correct.
22     Q   Do gallstones or kidney stones cause
23  gastroparesis at all?
24     A   Gallstone is not a kidney stone; it's a
25  gallbladder.

10 (Pages 34 to 37)

**38**

1    Q   I'm raising two different things.  I recog —
2    as much as I pretend I'm a doctor in this deposition, I
3    think — it's my understanding that gallstones and
4    kidney stones are two different things.
5    A   Correct.
6    Q   Do either of them cause or contribute to
7    gastroparesis?
8    A   No.
9    Q   I'm sorry.  Can you give me the date that your
10   husband first saw Mr. Haller?
11   A   July 27, '05.
12   Q   Could you just show me that note?
13   A   (Witness complies.)
14   Q   All right.  I believe it is the same note that
15   is marked —
16   A   Yes.
17   Q   — Kanaan and Bacha Meds 0022.
18       You have identified his age as 43?
19   A   Uh-huh.
20   Q   Yes?
21   A   Yes.
22   Q   His height is 5'6," correct?
23   A   Correct.
24   Q   The weight is 219; is that right?
25   A   Correct.

**39**

1    Q   That is not petite, is it, Doctor?
2    A   No.
3    Q   For that height, Mr. Haller, when he first
4    came to you, your office, was obese; is that right?
5    A   Correct.
6    Q   And you took a history of him at that point —
7    strike that — Dr. Kanaan?
8    A   Dr. Kanaan took the history.
9    Q   Does he do it the same way as you?
10   A   Yes.
11   Q   And what do you do?
12   A   We go over the past medical history, then the
13   past surgical history and then the past family history,
14   social history, allergy medication, review of system,
15   physical exam, plan.
16   Q   About how long does such a visit take?
17   A   If it is new patient, it will take about
18   20 minutes.  If it is established, it will take ten
19   minutes.
20   Q   Do you also ask about the medications that the
21   patient is currently on?
22   A   Yes.  And the medication will be on the other
23   sheet.
24   Q   You have a medication flow chart; is that
25   correct?

**40**

1    A   Yes.
2    Q   What medications did he tell you about at the
3    time — strike that.
4        What medications did he tell Dr. —
5    A   Dr. Kanaan.
6    Q   — Kanaan about?
7    A   He was taking Reglan and aspirin, metoprolol,
8    lithium, Norvasc, Glucophage and Prevacid and Depakote.
9    Q   Depakote, right?
10   A   Depakote.
11   Q   He is on Prevacid and Reglan, correct?
12   A   Correct.
13   Q   One is for gastric reflux and the other is for
14   gastroparesis; is that correct?
15   A   Correct.
16   Q   So he was already under —
17   A   Already.
18   Q   — Dr. Sreenath's care for that condition,
19   correct?
20   A   Right, yes.
21   Q   You identified lithium and Depakote.  Those
22   are mental health medications that were prescribed by
23   someone else; is that correct?
24   A   Correct.
25   Q   How many total medications was he on when he

**41**

1    first came to your office?
2    A   Total?  All total?
3    Q   Yes, ma'am.
4    A   One, two, three, four, five, six, seven,
5    eight.
6    Q   And those are the ones that he told you about;
7    is that right?
8    A   Correct.
9    Q   May have been on others —
10   A   It could be.
11   Q   — that he didn't tell you about, correct?
12   A   Correct.
13   Q   Forgive me, Doctor, I just had some difficulty
14   reading Dr. Kanaan's handwriting, I thought it was.
15       I note that it says Dr. Yamani at the top; is
16   that right?
17   A   Yes.
18   Q   What does that line say?
19   A   "Was with Dr. Yamani and change his
20   medical -- change his MD."
21   Q   Is Dr. Yamani a primary care physician?
22   A   Correct.
23   Q   Do you know whether Dr. Yamani was the
24   physician who originally diagnosed Mr. Haller with
25   diabetes?

11 (Pages 38 to 41)

42

1    A    I don't know.  Most likely.
2    Q    But no idea?
3    A    No idea.
4    Q    Now, under "Family History" he told you about
5    the suicide -- told Dr. Kanaan, rather, about the
6    suicide attempt; is that correct?
7    A    Under the Family History of suicide attempt
8    2001, yes.
9    Q    And he told Dr. Kanaan he was bipolar?
10   A    Correct.
11   Q    I note "hepatitis nonviral"; is that correct?
12   A    Correct.
13   Q    What does that mean?
14   A    Could be drug immune induced. Could be
15   alcohol, could be -- that's most likely, drug or
16   alcohol.
17   Q    Did he ever tell you about abusing cocaine?
18   A    It doesn't look like.
19   Q    You don't recall any such --
20   A    If Dr. Kanaan didn't write it, that mean he
21   didn't tell him about it.  Here in the Social History,
22   they say:
23          "Smoking, one pack per day.
24          Alcohol quit.  And no history of
25   drugs."

43

1    Q    And, again, you are relying on him, right?
2    A    Yes.
3    Q    And he could be fibbing, correct?
4          MS. HORNSBY:  Objection; form.
5          THE WITNESS:  What that mean?
6    BY MR. ELLISON:
7    Q    Lying.
8    A    The patient, yeah.
9    Q    You know Mr. Haller only as a patient; is that
10   correct?
11   A    Correct.
12   Q    You have never socialized with him outside of
13   your office; is that correct?
14   A    Correct.
15   Q    Did you ever think he was scary?
16   A    He was not scary to me.
17   Q    Did any of the people in the staff suggest
18   that he was scary to them?
19   A    I didn't have any report from anyone.
20   Q    Dr. Kanaan?
21   A    He just saw him one, and he saw him in the
22   hospital, and he never told me anything bad about him.
23   Q    Fair enough.
24          What is a cholecystectomy?
25   A    A gallbladder removed.

44

1    Q    And then there is -- it is your custom and
2    practice as well as Dr. Kanaan's to identify, diagnosis
3    and plan; is that correct?
4    A    Correct.
5    Q    At that visit, what was the diagnosis and
6    plan?
7    A    He had a problem with hepatitis.  He underwent
8    a biopsy.  Negative cardiac something, that is negative.
9    And bipolar disorder and reflux disease.  He's going to
10   see Dr. Sreenath next week.  Check --
11          THE REPORTER:  I'm sorry.  Dr. Who?
12          THE WITNESS:  Sreenath --
13          MR. ELLISON:  Sreenath, S-r --
14          THE WITNESS:  -- the gastroenterologist.
15          Check blood work.  Depakote and lithium
16   continue.  Wants me to fax his liver biopsy to
17   Directions.
18          And Plan to stop smoking and see him in three
19   weeks with Dr. Bacha to check the lab.
20   BY MR. ELLISON:
21   Q    Do you know if Mr. Haller still smokes even
22   today?
23   A    According to our records, he's not, but he can
24   still be.
25   Q    Do you treat patients with diabetes?

45

1    A    I do.
2    Q    How many?
3    A    A lot.
4    Q    Can you estimate the percentage of your
5    population -- patient population that has diabetes?
6    A    80 percent.
7    Q    80?
8    A    80.  Most of them.
9    Q    Diabetes is a very common condition; isn't
10   that right?
11   A    Very common.
12   Q    Many risk factors; am I correct?
13   A    Correct.
14   Q    Obesity is up there?
15   A    Correct.
16   Q    High cholesterol?
17   A    Correct.
18          MS. HORNSBY:  Object to form.
19   BY MR. ELLISON:
20   Q    Is there a risk factor associated with any
21   particular race?
22   A    I'm not aware of it.
23   Q    Do African-Americans have a higher risk of
24   getting diabetes than other races?
25   A    No.

12 (Pages 42 to 45)

46

1  Q   Not in your experience?
2  A   Not in my experience.
3  Q   You have not reviewed any literature to that
4  effect recently?
5  A   No.
6  Q   Are there any other risk factors?
7  A   Like you said, obesity, family risk factor.
8  Q   Family history?
9  A   Family history.
10  Q   Are those the principal risk factors that you
11  deal with?
12  A   Yes.
13  Q   Bipolar patients, do you treat them?
14  A   I do.
15  Q   And approximately what percentage of your
16  population -- patient population has bipolar?
17  A   Not too many. I will say maybe 10 percent.
18  Q   Do you treat patients with antisocial
19  personality disorder?
20  A   We refer to Directions. We don't deal with
21  the psych issue too much because you need a lot of
22  consultation; so we rely on the Directions.
23  Q   And if I understand you correctly,
24  Mr. Haller's mental health condition is a complicated
25  one for which you do you defer to Directions; is that

47

1  correct?
2  A   Correct.
3  Q   Can you tell me if you ever, your own self,
4  prescribed Seroquel?
5  A   Yes, I do.
6  Q   And when did you first do that?
7  A   When the drug started to be on the market. I
8  don't remember -- a couple of years ago maybe, three to
9  four years ago.
10  Q   If I understand you correctly, you first saw
11  Mr. Haller --
12  A   Are we talking about Mr. Haller?
13  Q   I'm only focusing on Mr. Haller.
14  A   All right. I didn't prescribe it to him. He
15  came -- he didn't came with it, but it was prescribed by
16  his psychiatrist around -- if I'm correct -- June 19,
17  '06. This is when I wrote it down.
18  Q   And you're writing that down in the flow
19  chart; is that correct?
20  A   In the medication, yes.
21  Q   I'm sorry. I should rephrase that.
22     You are reading from a medication list in the
23  chart that you have in front of you; is that correct?
24  A   Correct.
25  Q   You said it was July of 2006?

48

1  A   Yes.
2  Q   And is it your understanding that is when he
3  first started using Seroquel or is that the one time
4  that you prescribed it?
5  A   I didn't prescribe it. Patient come with
6  lithium and Depakote. And the lithium was -- the
7  Seroquel was added by his psychiatrist around June of
8  '06.
9  Q   Okay.
10  A   This is when I wrote it down.
11  Q   And that is based on information that
12  Mr. Haller told you; is that correct?
13  A   Correct.
14  Q   Do you know when he filed his lawsuit?
15  A   No.
16  Q   Before that time you did not know whether he
17  was on Seroquel or not, correct?
18  A   For me he was not on Seroquel before.
19  Q   Did you, yourself, at any point in time write
20  an independent prescription for Seroquel for Mr. Haller?
21  A   No.
22  Q   That was something that the folks at
23  Directions always handled, correct?
24  A   Correct.
25  Q   For the time that you began treating him in

49

1  July of 2005, correct?
2  A   Uh-huh.
3  Q   Yes?
4  A   Yes.
5  Q   Through the present; is that correct?
6  A   Correct.
7  Q   Do you consider him a current patient?
8  A   Yes.
9  Q   And in that he's currently in the hospital,
10  does he have a visit with you scheduled?
11  A   When he was in the hospital?
12  Q   No. My understanding is he's in the hospital
13  now?
14  A   Correct.
15  Q   Will he be seeing you after he gets --
16  A   No. Dr. Kanaan is seeing him in the hospital,
17  but when he gets discharged, he'll come to me.
18  Q   Does he have to -- is there, to your
19  knowledge, an appointment scheduled?
20  A   It could be. I'm not sure.
21  Q   You just don't know. Fair enough.
22     Do you have any idea of when your husband is
23  going to discharge Mr. Haller?
24  A   I don't know.
25  Q   When did you first see Mr. Haller?

50

1    A    September 23, '05, 2005.

2    Q    Why did you see him on that date?

3    A    It's follow-up from the hospital. He was in

4    the hospital for chest pain.

5    Q    And what was the nature of that chest pain?

6    A    We don't know what the nature, but he has

7    chest pain, and he had workup done in the hospital. He

8    was negative; so more likely it was not his heart.

9    Q    And some other physician saw him in the

10   hospital for the heart issue, correct?

11   A    Correct.

12   Q    That was September 23rd, 2005; is that

13   correct?

14   A    Correct.

15   Q    And for the record, I believe it is Bates

16   numbered Kanaan and Bacha Meds 20.

17       My colleague is nodding. So thank you for the

18   check.

19       I notice that under "Diagnosis and Plan," it

20   says "hepatitis"; so that was still an issue?

21   A    I usually list all the things that patient

22   has; so I won't forget at some point he had it, but I

23   just -- that doesn't mean it's accurate, you know --

24   Q    An ongoing problem?

25   A    It's not ongoing.

51

1    Q    Now, do you look back and record that

2    information from the chart?

3    A    Correct.

4    Q    Mr. Haller told you that on that date he felt

5    good; is that correct?

6    A    Correct.

7    Q    And that he was in the hospital for two days

8    for the heart, right?

9    A    Correct.

10   Q    That had nothing to do with his diabetes; am I

11   correct?

12   A    Correct.

13   Q    Under "Hepatitis," there is a phrase that I

14   can't make out. This is under Diagnosis and Plan.

15   A    Yes.

16       "Cirrhosis of the liver, biopsy."

17   Q    What does that mean?

18   A    That means some kind of fibrosis of the liver.

19   It could be because of the hepatitis that he already

20   have, could be because of alcohol, but I was reporting

21   what the biopsy showed.

22   Q    Thank you.

23       The next time you saw him was February 6,

24   2006; is that right?

25   A    Correct.

52

1    Q    And why did you see him on that date?

2    A    I saw him as a follow-up, and he was supposed

3    to come back in a couple of months, but he didn't show

4    up at that time. So that is why I wrote, "Noncompliant,

5    no phone to contact patient," and that's it.

6    Q    Does it make it difficult to treat a patient

7    if they don't keep their appointments?

8    A    Correct.

9    Q    Does it make it difficult to treat a patient

10   if they don't contact the office when they are going to

11   miss an appointment?

12   A    Correct.

13   Q    Was that at all uncommon with Mr. Haller?

14   A    Yes.

15   Q    It was uncommon or, no, it wasn't uncommon?

16   A    It was common during that time when I say that

17   we did have a problem contacting him. Later on, I'm not

18   sure we did have a problem like this, but in this

19   particular visit, because he was supposed to follow up

20   in couple of months, didn't show up, and then we had the

21   problem.

22   Q    Says under "Chief Complaint," "FSG." Did I

23   read that right?

24   A    Fingerstick glucose, that mean Accu-Chek was

25   95.

53

1    Q    Do you know if he keeps his Accu-Chek today?

2    A    I don't recall that he show it to me. I

3    always ask the patient to bring it, but when they don't

4    bring it, I rely on them telling me how much was their

5    sugar, and apparently his sugar was good.

6    Q    And that is as of that date; is that correct?

7    A    Yes.

8    Q    Do you remember a time when he actually

9    brought his Accu-Chek in?

10   A    No, never.

11   Q    Do you know if he even still has it?

12   A    I don't think he still has it because we, you

13   know -- here I put fingerstick because there is no

14   number. Last time I put his sugar was in March of '08.

15       So, as I'm saying, because his sugar is under

16   control, I don't really -- if they don't have the number

17   with them, I don't, you know, focus --

18   Q    Press it.

19   A    -- or press it.

20       If it's normal -- as I said, A1c was normal.

21   He was not on any medication. If you tell me that "I'm

22   checking the sugar and the sugar is okay" and I have all

23   the documentation that his sugar is fine, I'm not going

24   to press over that I need to see the numbers. So I

25   didn't see his number.

14 (Pages 50 to 53)

**54**

1  Q   What instructions do you give diabetic
2  patients about monitoring their glucose?
3     A   In the beginning they should monitor it twice
4  a day, at least, before eating.  Report the number and
5  bring it to me.
6        But after they are stable, if they are stable
7  most of the time on medication, I may accept like twice
8  a week or once a week.
9        So in his case he didn't need, you know, more
10  than, you know, once a week or something to make sure
11  that all was good.
12     Q   From the time you initially began treating
13  Mr. Haller through the present, you still instructed him
14  to at least watch his glucose.  He could do it less as
15  his condition stabilized; is that correct?
16     A   Correct.  Correct.  Definitely.
17     Q   But as you sit here today, you don't know
18  whether he's actually testing his glucose or when the
19  last time was that he tested his glucose?
20     A   The last time, according to the record, was in
21  March, which is that -- the visit before the last one,
22  and maybe because he was sick that day, I -- you know.
23  No.  Fingerstick glucose, I have it another one.  So
24  most likely each time he's coming, he's giving me a
25  number that his sugar is good.

**55**

1     Q   What if the patient runs out of strips?
2     A   They usually ask for it.  I cannot keep track
3  if they have strips or not.
4     Q   Will you give them to them if they don't have
5  them?
6     A   I write the order for it.
7     Q   Do they have to pay for the strip?
8     A   It depends their insurance.  Apparently he has
9  Medicare and Medicaid he should not have problem.
10     Q   So, if Mr. Haller claims that he has not been
11  able to check his glucose because he doesn't have
12  strips --
13     A   That's not the problem.
14     Q   That's not the problem?
15     A   No.
16     Q   And he's had no such conversation with you?
17     A   Never.
18     Q   I note that you have got "Follow-Up GI" on
19  this record?
20     A   Yes.
21     Q   I'm sorry, I don't know if I said it for the
22  record.  The February 6, 2006, visit is dated Bacha Meds
23  19.
24        Why were you having him follow up with the
25  gastroenterologist?

**56**

1     A   Because of the -- his hepatitis and, you know,
the problem that he have.  Didn't mention the paresis.
Apparently was not a problem at that time.
2     Q   You said follow up with dietician; is that
right?
3     A   No.  "Follow up with Directions."
4     Q   Oh, thank you.
        And that's for his mental health care,
correct?
5     A   For his mental health.
6     Q   What does it say down further?
        "Patient will call to get his
        prescriptions."
7     A   "Patient will call to get his blood
        work result because he doesn't have any
        phone."
8     Q   And then you have the blood results?
9     A   And then I got the blood work results.
10     Q   And there is a word that begins with v-y-r-o?
11     A   And his cholesterol was high; so I start him
on Vytorin, which is medication for the cholesterol.
12     Q   Okay.  And is that your signature in the left
corner?
13     A   Yes.
14     Q   When was the next time you saw him?

**57**

1     A   Supposed to come in two months.  He came two
months in April.
2     Q   Of '06?
3     A   Of '06.
4        MR. ELLISON:  And this, for the record, is
Kanaan and Bacha Meds 18.
5     Q   Do you have that record in front of you,
Doctor?
6     A   Yes.
7     Q   David Haller is 229 at that point, right?
8     A   Correct.
9     Q   Still obese, correct?
10     A   Gaining weight.
11     Q   154 over 103 blood pressure; is that right?
12     A   Correct.
13     Q   That is high?
14     A   It is.
15     Q   Now, I note from -- throughout the records
under -- strike that.
        What does ROS stand for?
16     A   Where do you see it?
17     Q   I'm directing --
18     A   Okay.  Review of system.
19     Q   And there are a number of checks throughout
the records next to certain of those words.  Do you see

15 (Pages 54 to 57)

58

1 those?

2     A  Yes.

3     Q  What do these checks mean?

4     A  Those are negative. He doesn't have -- if you

5 see up there, "Doing good, no complaint, and review of

6 system, all negative."

7     Q  Okay.

8     A  And nothing for the physical exam.

9     Q  And further down you have Vytorin and

10 follow-up with whom?

11     A  Vytorin. Follow-up with psych, psychiatrist,

12 which is Directions.

13     Q  Is there anything beyond your notes that would

14 reflect what discussions you had with Mr. Haller about

15 his condition?

16     A  What I understand from my note that his blood

17 pressure, as you said, it was high, and I start him on

18 Micardis, which you see last line "Micardis 80/25,"

19 that's for the blood pressure. So that was the main

20 focus. And if you see in the follow-up, "Follow-up in

21 one month with check blood pressure." So the main focus

22 was blood pressure.

23     Q  Do you recall having a discussion with

24 Mr. Haller about any of his mental health medications?

25     A  No.

59

1     Q  Risks or benefits of those medications?

2     A  No.

3     Q  Every medication has risks; isn't that right,

4 Doctor?

5     A  Correct.

6     Q  Some of those risks can be quite serious;

7 isn't that correct?

8     A  Correct.

9     Q  Including fatal; isn't that right?

10     A  Correct.

11     Q  There are people who have died from taking

12 aspirin; isn't that correct?

13     MS. HORNSBY: Objection; form.

14     THE WITNESS: I didn't hear of somebody dying

15 from aspirin.

16 BY MR. ELLISON:

17     Q  But you have heard of patients dying because

18 of an idiopathic reaction or an idiosyncratic reaction

19 to a medication, correct?

20     A  Rare case, yes.

21     Q  And in determining whether to prescribe a

22 particular patient -- a particular medication to a

23 patient, you have to make a determination about the

24 potential benefits to that patient in light of the

25 potential risks; isn't that correct?

60

1     A  Correct.

2     Q  How do you go about making that decision?

3     A  For somebody like Mr. Haller with the bipolar

4 disease, the most important for me to see them stable.

5 And, as I said, I -- we do usually rely on a psych to

6 evaluate his medication, but if I see myself that he's

7 not stable, I -- at that time I will do an action about

8 correcting his medicine. Mr. Haller for me he was very

9 stable on his medicine.

10     Q  So the folks at Directions were doing a good

11 job?

12     A  I thought so.

13     Q  You don't have any criticisms of any of his

14 physicians; is that correct?

15     A  No.

16     Q  That is correct?

17     A  Correct. If I have any problem, usually with

18 any patient who is on psych medicine, I usually contact

19 the mental health and speak with the psych myself.

20     Q  And you never did for --

21     A  If I don't do it, that mean everything is

22 stable, and I don't need to do it.

23     Q  And that was your perception?

24     A  And that was my perception for Mr. David

25 (sic).

61

1     Q  Mr. Haller?

2     A  Mr. Haller. Sorry.

3     Q  When was the next time you saw him?

4     A  I saw him next month in May 10, '06.

5     Q  That's a five?

6     A  Correct.

7     Q  Okay.

8     And this, for the record, is Bates number

9 Kanaan and Bacha Meds 017.

10     Still obese, right?

11     A  Yes.

12     Q  Still his blood pressure is high; is that --

13 right -- correct?

14     A  Correct.

15     Q  Negative symptoms across the board; am I

16 right?

17     A  Correct.

18     Q  And there is a medication that's written on

19 the bottom. What is that?

20     A  That, he went to the emergency room. That was

21 follow-up emergency room visit because of his blood

22 pressure went up low on the Micardis that we prescribe

23 to him.

24     Q  And is that a potential side effect?

25     A  That is one of the side effects.

16 (Pages 58 to 61)

62

1    So we stopped the Micardis, and we substitute
2    by another medication for the blood pressure with a
3    little bit low dose, which is the lisinopril 2.5
4    milligram once a day.  And he was suppose to follow up
5    in one month to check his blood pressure again.
6        Q    Again, that's your signature on the bottom?
7        A    Yes.
8        Q    Next saw him in June?
9        A    He came in one month, and he was doing good.
10       Q    The date on that is June 19th, 2006; am I
11   correct?
12       A    Correct.
13           MR. ELLISON:  And for the record, it is Bates
14       numbered Kanaan and Bacha Meds 16.
15       Q    But, again, it notes that he went to the ER,
16   right?
17       A    He went to ER.
18       Q    Why?
19       A    He was having abdominal problems.  I write he
20   has gastroenteritis, which is something you can have if
21   you eat -- overeat or eat anything -- you know, you can
22   have diarrhea, abdominal pain, nausea.
23       Q    All of which is very common in obese people?
24       A    Very common in anyone.
25           So -- and here I wrote that the

63

1    gastroenteritis resolved.  That means he doesn't have
2    any more symptoms.  Doing good.  No abdominal pain,
3    nothing.  And I didn't do anything for him at that time.
4        Q    Next time you saw him was August of 2006; is
5    that right?
6        A    Correct.
7            MR. ELLISON:  For the record, it's Bates
8        numbered Kanaan and Bacha Meds 15.
9        Q    You noted that he is still obese, correct?
10       A    Yes.
11       Q    Finger --
12       A    Fingerstick glucose was 97, normal.
13       Q    Which is in the normal range; is that right?
14       A    Correct.
15       Q    So, notwithstanding, being 243 pounds at 5'6,"
16   his diabetes wasn't a problem, correct?
17       A    Was not the problem at all.  Not for me.  Even
18   though he was on Glucophage before, we stop it.  I
19   stopped it for him because it was no reason for me to
20   continue it.
21       Q    Do you know when you stopped his diabetes
22   medications?
23       A    Yes.  It was stopped in February '06.
24       Q    Did you initiate --
25       A    I didn't initiate it.  He was -- you know,

64

1    came with it.
2        Q    So as of February 2006, to your knowledge,
3    he's not been on any medications for his diabetes?
4        A    He is not on any medication.
5        Q    You don't see his diabetes as a current
6    problem?
7        A    It's not problem at all.
8        Q    You noted negative symptoms throughout the
9    course of that visit; is that correct?
10       A    Correct.
11       Q    And it says, "Patient DPCP."
12       A    Patient change primary care physician.  And
13   then underline it.  There is a change mind.  He changes
14   his mine after couple of months.
15       Q    So on August 22nd, 2006, he fired you?
16       A    Yes.
17       Q    Do you have any memory of why?
18       A    I do because I usually -- if somebody fire us,
19   we don't accept them back if they change their mind.
20       Q    I would think.
21       A    But for him it was special because he was in
22   the hospital, I remember, and something bother him
23   about, you know, my husband or something, because I
24   usually see him all the time.
25       Q    Right.

65

1        A    So when the patient, especially with mental
2    health, gets a new physician, get offended a little bit.
3    You know, "I want my doctor to be there."
4            And I think we explain to him that it is my
5    husband, and when he come to the office, I still can see
6    him.  So I didn't have any problem taking him back.
7        Q    Okay.  So let me --
8        A    And as you can see, he was, you know,
9    follow-up with me.  He was not, you know, not coming and
10   giving me hard time.  He was a good patient.
11       Q    He was better with you than he had been?
12       A    He was very good with me.
13       Q    So if I understand correctly, although, it is
14   your regular practice not to accept a patient who has
15   fired you --
16       A    Correct.
17       Q    -- you made some leeway for Mr. Haller in part
18   because of his mental health condition and in part
19   because you understood the impact of that mental health
20   condition and his behavior?
21       A    Correct.
22       Q    When did you next see him?  It says October 2
23   is when he changed his mind.
24       A    Yes.
25       Q    Was that the next time you saw him?

66

1    A    Next time I saw him on the 13th, October 13th.
2    Q    Do you recall -- do you know whether he
3    contacted the office and said, "Hey, I want to see you
4    guys again," and then set up a visit?
5    A    I think so, yes.
6    Q    But you don't remember or don't know?
7    A    That is what -- I think that is what happened.
8    Q    You, yourself, don't schedule the patient's
9    appointments, correct?
10   A    I don't.
11   Q    That is done through the folks in the office;
12   is that correct?
13   A    Correct.
14   Q    Do you have nurses on staff?
15   A    I do have three girls.
16   Q    What are their names?
17   A    They're not nurses.
18       Donna -- Donna Voskvich and Pat Rodriguez and
19   Manette Sutton.
20   Q    And have those people been working here for
21   the entire time that you been providing care and
22   treatment for David Haller?
23   A    Not for the entire time.  Most of them.
24   Q    But they or someone in their stead would be
25   the one to handle the appointment; is that right?

67

1    A    Correct.
2    Q    So, in your view, what likely happened is
3    David called the office to set up an appointment?
4    A    Correct.
5    Q    Do you recall having a discussion with anyone
6    about whether you were willing to take him back at that
7    point?
8    A    Yes.
9    Q    And with whom did you have such a discussion?
10   A    I don't remember.  One of the girl ask me if
11   he want -- "Mr. Haller wants to see you back.  Do you
12   want to see him back?"  That's what happened, and I
13   said, "Yes."
14   Q    When he fired you, did he -- did you close the
15   file?
16   A    We usually just put a note that patient
17   changed, and we put the file in the back area, but we
18   still can get it for information.
19   Q    Okay.
20   A    So I think that's what happened.
21   Q    So the chart that is in front of you and all
22   the records that we've provided are the only records you
23   and your husband have generated or have in your custody
24   relating to Mr. Haller, correct?
25   A    Correct.

68

1    Q    There are no other files of times when he may
2    have seen a different --
3    A    No other file.
4    Q    Fair enough.
5        Let's look at this October 13th visit.  He's
6    doing good; is that right?
7    A    Yes.
8    Q    And he was in the hospital, it says, this time
9    with gastroparesis; is that correct?
10   A    Correct.
11   Q    You, yourself, never saw him in the hospital;
12   is that right?
13   A    No.
14   Q    That is correct?
15   A    Correct.
16   Q    Is there a note in here as to whether your
17   husband may have seen him during that hospitalization?
18   A    We usually keep another file for H and P when
19   they are in the hospital, "History and Physical," and we
20   should be able to see his H and P when he was in the
21   hospital.
22   Q    Do you have those records with you?
23   A    I'm not sure if I have it.  Let me check.
24   Q    Those are not maintained in a separate file,
25   are they?

69

1    A    Yes.
2    Q    While you are looking, Doctor, I just want to
3    say I'm kind of confused now.
4    A    Tell me.
5    Q    I thought the chart -- you are too?
6    A    Tell me why you are confused.
7        No.  I don't know why you are confused.
8    Q    I am confused because I thought you said that
9    the records that are in front of you --
10   A    Uh-huh.
11   Q    -- are the only records that your office
12   maintains --
13   A    Correct.
14   Q    -- related to Mr. Haller.
15   A    That is the only records that I have.
16   Q    But then I thought you said that --
17   A    No.  Here in the same chart.
18   Q    I see.
19   A    Just under "History and Physical."
20   Q    Under a different tab?
21   A    Under a different -- yeah.
22       That's the only thing that we have on him.
23   Q    And, in fact, do you know whether your husband
24   saw him while he was hospitalized in October of 2006?
25   A    That is what I'm looking for.

**70**

1  Q   Thank you.
2  A   I don't see the H and P; so I can't tell you
3  for sure.
4  Q   Fair enough.
5      But he told you he was hospitalized for
6  gastroparesis, correct?
7  A   The patient, yes.
8  Q   And at that point in time, it is your
9  understanding he was seeing a specialist, Dr. Belur
10  Sreenath, for that condition; is that correct?
11  A   Correct.
12      And here in the Plan I said he is going to
13  have the EGD, which is endoscopy, because of his problem
14  that he had.
15  Q   And that's the endoscopy that we talked about
16  before, correct?
17  A   Correct.
18  Q   The next time you saw him was November 14th;
19  is that correct?
20  A   Correct.
21  Q   2006?
22  A   Correct.
23  Q   Still obese, right?
24  A   Still.
25  Q   221, correct?

**71**

1  A   Correct.
2      MS. HORNSBY:  I think that is a six.
3      MR. ELLISON:  Oh, is that a six?  Thank you,
4  Leslie.
5  Q   Can you tell me, Doctor?
6  A   Say it again?
7  Q   What is his weight?
8  A   226.
9  Q   Okay.  Thank you.
10      For the record, this is Kanaan and Bacha
11  Meds 13.
12      Fingerstick, his glucose, 85; is that right?
13  A   Very good.
14  Q   That's excellent, correct?
15  A   That's excellent.
16  Q   So his diabetes is obviously still —
17  A   There's no diabetes.
18  Q   And that's throughout the time you are
19  treating him?
20  A   Through all the time.
21  Q   All right.
22  A   The problem is not diabetes for him.
23  Q   We can short-circuit this, then.
24      What is his problem, as you put it?
25  A   This is here, he's been treating good and no

**72**

complaint but he still have to follow up for his
endoscopy, EGD, and he underwent colonoscopy; so that's
what happened during this visit.
 Q   He told you he had had —
 A   He told me what he had, yes.
 Q   Did he tell you what the findings were?
 A   I usually check it myself; so more likely we
do have some records.
 Q   Do you know what the findings were?
 A   I don't think they find anything, you know,
that we don't know.
 Q   Would it refresh your recollection if I
suggested that he may have had polyps?
 A   Could be.  That polyps something common that
we see — if it is benign, you know, we don't talk about
it.  If it is something malignant or suspicious, then it
will be a finding.
 Q   If they are benign, they are not a problem,
right?
 A   They are not a problem because they will
removed it and —
 Q   And, to your knowledge, David has had no
problem with polyps, correct?
 A   No problem.
 Q   Next time you saw him was January 9th, 2007;

**73**

is that right?
 A   Correct.
 Q   You don't have a weight listed?
 A   I don't have the weight.
 Q   It is your office's custom and practice to
weigh the patients, check blood pressure?
 A   Correct.  Sometimes the patient refuse to, to
take the weight.
 Q   Do you know if David refused?
 A   We don't know that.
 Q   And, again, do you know if his lawsuit was
pending as of the time?
 A   No, I'm not aware of it.
 Q   Fingerstick glucose is 95?
 A   Correct.
 Q   Not bad, is it?
 A   Very good.
 Q   Especially for a patient who is obese,
correct?
 A   Obese.
 Q   I see under Diagnosis and — strike that.
      Negative symptoms across the board, correct?
 A   Negative symptoms.
 Q   And under Diagnosis and Plan, what is the
bottom line?

**74**

1    A   "High cholesterol."
2        MR. ELLISON: And this, if I neglected to say,
3    it is Kanaan and Bacha Meds 12.
4    Q   You tell him to come back in a couple of
5    months, schedule an appointment?
6    A   Correct.
7    Q   Next time you saw him was March 14th, 2007; am
8    I right?
9    A   Correct.
10       MR. ELLISON: For the record, it's Kanaan and
11   Bacha Meds 11.
12   Q   Symptoms are all negative, correct?
13   A   Symptoms negative.
14   Q   Doing good?
15   A   Except that he was having some dizziness --
16   dizzy spell.
17   Q   Any idea what caused that?
18   A   We didn't know, that's why we order an
19   echocardiogram for him.
20   Q   You thought it might be heart?
21   A   We thought it might be heart.
22   Q   You wanted to rule that out; am I right?
23   A   Yes.
24   Q   And, in fact, at that visit you recommended an
25   echocardiogram, right?

**75**

1    A   I recommended echocardiogram. When we said
2    next visit we going to do blood work. Apparently he was
3    smoking here because I put, "Smoking cessation."
4    Q   What's the word --
5    A   Smoking cessation.
6    Q   Right. What's the word underneath that?
7    A   Rozerem. It's a medication for sleeping.
8    Most likely I gave him samples.
9    Q   You would have done that to a response from a
10   complaint from him that he was not sleeping?
11   A   That's right. I didn't record it. It was
12   most likely he did.
13   Q   What class of medication is Rozerem?
14   A   This is nonsedative and something that you can
15   give without having a tolerance in it. It is a new
16   medication.
17   Q   And in case I forgot to say it, it is Kanaan
18   and Bacha Meds 11.
19       Forgive me, Doctor, if I mispronounce your
20   name repeatedly throughout the deposition.
21       Next time you saw him was May 9, 2007; am I
22   correct?
23   A   Correct.
24   Q   Still obese; am I right?
25   A   Correct.

**76**

1    Q   Kanaan and Bacha Meds 10.
2        Blood pressure is good, though, right?
3    A   Good.
4    Q   And he complained of no problems that date; am
5    I right?
6    A   No problem.
7    Q   Glucose -- this is the visit where you did his
8    full blood work; am I correct?
9    A   I ordered the blood work lab, yes.
10   Q   And then you recorded the blood work in his
11   chart, correct?
12   A   Yeah. That is after I received the blood
13   work. I recorded that his sugar was 102 and his A1c was
14   5.7.
15   Q   He's doing just fine; am I right?
16   A   He's doing great.
17   Q   When was the next time you saw him, Doctor?
18   A   He was supposed to come for the echo -- he
19   came for the echo on June 14. I usually don't see them
20   when they come for the echo, and then I saw him in
21   August 7, '07.
22   Q   August 7th?
23   A   Yes.
24   Q   What was his weight?
25   A   245.

**77**

1    Q   Still obese; am I right?
2    A   Yes.
3        MR. ELLISON: This is Kanaan and Bacha Meds
4    Number 8.
5    Q   He didn't show up, right, for the echo?
6    A   He did. I think so.
7    Q   It says --
8    A   I put here echo, but I can check on that.
9    Q   It says:
10       "Redo, no show."
11   A   Okay. Where it said that?
12   Q   August 7th, 2000 --
13   A   I have it here.
14   Q   I'm sorry. I'm on the page after.
15   A   I --
16   Q   You are referring to the June visit. I'm on
17   the one from August 7th, 2007.
18   A   August 7. Yeah. I don't have that paper.
19   That paper must be misplaced or something.
20   Q   You don't have that one in the record that's
21   in front of you?
22       I'm now going to mark as Exhibit 1 what is
23   Bates number Kanaan and Bacha Meds Number 8, just so we
24   have completion, which purports to be a August 7, 2007,
25   visit. There is one highlight on it, and that is --

**78**

1           **(Exhibit 1 was marked.)**

2           THE WITNESS: This is little paper, stick

3 paper, and apparently it get misplaced when they

4 copied the records. You have this little paper

5 here. It is a sticky paper that we put when we need

6 to get some information. And when they copy it,

7 more likely it gets misplaced that he didn't -- he

8 didn't show.

9           MR. ELLISON: Okay. Let me clarify the

10 record.

11           The Doctor has pointed to a center portion

12 that was on the face of what I have marked as

13 Exhibit 1. And if I understand correctly, "Redo, no

14 show echo" was written on a Post-it note that was

15 originally in the chart, which during the copying

16 process is no longer on the Doctor's chart.

17     Q   **With the exception of that Post-it note,**

18 **Doctor, the record is the same as the one you have?**

19     A   Yes.

20     Q   **And, again, that is Bates Numbered 2008.**

21 **Since I have already marked it, I'll keep it as an**

22 **exhibit, but you have the same record in front of you --**

23     A   I have the same that --

24     Q   **-- that I have; is that correct?**

25     A   Yes.

**79**

1     Q   **Blood pressure is good, right?**

2     A   Correct.

3     Q   **119 over 78; am I correct?**

4     A   Correct.

5     Q   **Do you have a fingerstick on that date?**

6     A   No, I don't.

7     Q   **You didn't feel like you needed one; is that**

8 **correct?**

9     A   I didn't.

10           MS. HORNSBY: Object to form.

11 BY MR. ELLISON:

12     Q   **And that is because his diabetes was --**

13     A   His diabetes is very stable. He doesn't

14 even -- we can't call it diabetes.

15     Q   **Again, you can't even call it diabetes --**

16     A   I can't call it diabetes. His hemoglobin A1c

17 is normal. His sugar -- fasting sugar is normal. I

18 mean --

19     Q   **What would you call?**

20     A   If it is -- if the sugar is high, we call it

21 borderline, but because the patient came with the

22 diagnosis, we kept, you know, saying here that he has

23 diabetes.

24     Q   **Let me ask you this, Doctor, and I'm just**

25 **going to cut to the chase. As I told you at the**

**80**

1 beginning, Mr. Haller filed a lawsuit claiming he has

2 diabetes because of this med?

3     A   He doesn't have diabetes.

4     Q   **He doesn't even have diabetes --**

5     A   Just said that he had it, and now he doesn't.

6 He came with it. He came with the medication for

7 diabetes. After two months, I stop it for him because

8 he didn't need it.

9     Q   **So --**

10     A   And we kept saying diabetes because that was

11 the history. It goes with the -- all the medical

12 problem that he have, but for me he's not diabetic.

13     Q   **So, in your opinion, he is not diabetic; is**

14 **that correct?**

15     A   He is not diabetic.

16     Q   **And in your view, although this is kind of a**

17 **legal question, he has no medical basis for this**

18 **lawsuit, correct?**

19           MS. HORNSBY: Object to form.

20 BY MR. ELLISON:

21     Q   **That is correct?**

22     A   Yeah. I was very surprised why, you know,

23 that's taking place.

24     Q   **You were surprised to hear that you were going**

25 **to have to be deposed today; isn't that correct, Doctor?**

**81**

1     A   Correct.

2     Q   **And that is because you think Mr. Haller**

3 **doesn't have any problem with diabetes, correct?**

4     A   Correct. Absolutely.

5     Q   **And if I heard you right, you don't even**

6 **think, in your professional opinion, to a reasonable**

7 **degree of medical certainty, that he today has diabetes,**

8 **correct?**

9     A   Correct.

10     Q   **Well, we just expedited this deposition**

11 **substantially, Doctor. Let me just whip through a few**

12 **more things.**

13           **What does it say at the very bottom right on**

14 **this record?**

15     A   I see here that he underwent CAT scan of the

16 head, that was negative because he went to the ER that

17 day. He had abdominal CAT scan negative, and he had

18 abdominal x-ray negative; so all the workup from the

19 hospital was negative.

20     Q   **Why did they do a CAT scan of his head?**

21     A   That, I don't know. It's up to the ER

22 physician.

23     Q   **All right. So if he appeared at the hospital**

24 **complaining of something --**

25     A   Correct. Make the ER physician have those

82

1   study done.
2       Q   They run a bunch of tests.
3       A   Correct.
4       Q   And they come back, all of them, negative,
5   correct?
6       A   All of them.
7       Q   Next time you saw him?
8       A   August 28, '07.
9       Q   That was right after a Morton Plant visit; is
10  that right?
11      A   Yes.
12      Q   Why was he in the hospital then; do you know?
13      A   Gastroparesis.
14          THE REPORTER:  I'm sorry?
15          THE WITNESS:  Gastroparesis.
16  BY MR. ELLISON:
17      Q   Bear with me, please, Doctor.  I'm trying to
18  find the page.
19          Again August 28, 2007; am I right?
20      A   Correct.
21      Q   Kanaan and Bacha Meds Number 7.
22          Weight 236, right?
23      A   Correct.
24      Q   Still obese?
25      A   Still.

83

1       Q   About the same as when he first came, correct,
2   although he bounced around a bit?
3       A   I think more.  He was 207.
4       Q   At one point.
5       A   At one point he was 207, and then now it's
6   238.
7       Q   You had no idea what his weight was before you
8   first saw him?
9       A   No.
10      Q   You don't know if he was obese before you
11  first saw him?
12      A   No.
13      Q   What was the date of your first visit, again?
14      A   First visit?
15      Q   July of 2005?
16          I should say, the first time he saw your
17  office?
18      A   With my husband?  That was 219.  That was 7 --
19  July 27, '05.
20      Q   Okay.  So he was about 219 then, dropped down
21  to about 207 and then jumped up again to the 230s, 240s,
22  right?
23      A   Yes.
24      Q   Okay.  Let's come back to this record of the
25  August 28th, 2007, visit, Kanaan and Bacha Meds 7.

84

1       Tell me what was going on.
2       A   He was follow-up from the ER.  He went to the
3   ER for abdominal pain and nausea and vomiting and
4   abdominal cramp.  He underwent a CAT scan.  It was
5   negative.  And his fingerstick glucose at that time was
6   81.
7       Q   Which is excellent?
8       A   Which is excellent, I'm telling you.
9           MS. HORNSBY:  Object to form.
10          THE WITNESS:  No problem with diabetes.
11  BY MR. ELLISON:
12      Q   And you are laughing as you say this because
13  you feel at this point that I am beating not just a dead
14  horse --
15      A   Right.
16      Q   -- but one that is decomposed; am I correct?
17          MS. HORNSBY:  Objection; form.
18          THE WITNESS:  Correct.
19  BY MR. ELLISON:
20      Q   All right.  But you understand yourself why I
21  have to be here, why I'm taking your time today --
22      A   Yes.  I don't understand, actually, very much.
23  I don't know how this happened.
24      Q   Although I don't know whether plaintiff's
25  counsel will entertain questions today, you are

85

1   certainly welcome to ask her when I pass the witness.
2   Okay?  Because I will be listening very carefully.
3           MS. HORNSBY:  Thank you, Steve.
4           MR. ELLISON:  It's a tough crowd, isn't it,
5   Leslie?
6           Let the record reflect we're both laughing.
7       Q   And, Doctor, in fairness to my colleague, I
8   don't believe she has any relationship directly to this
9   particular plaintiff.  Okay?
10      A   Uh-huh.
11      Q   You were telling me about how great his
12  glucose was.  Any other issues?
13      A   No.  We review the records from the hospital,
14  and he is supposed to see Dr. Sreenath again --
15      Q   That's for the gastroparesis, correct?
16      A   -- for the gastroparesis.
17      Q   Anything significant about the symptoms, the
18  ROS?
19      A   No.
20      Q   Next time you saw him was September 12, 2007;
21  isn't that right?
22      A   Yeah.  That is Dr. Kanaan.
23          MR. ELLISON:  That was -- this is the record
24  Kanaan and Bacha Meds 2006.
25      Q   This is Dr. Kanaan's handwriting; is that

86

1   right?
2   A   Correct.
3   Q   Okay.  He's got bronchitis, correct?
4   A   Correct.
5   Q   That is what he's complaining about on that
6   day, correct?
7   A   Yes, yes.
8   Q   He's not complaining about gastroparesis or —
9   A   No, nothing.  Yeah.
10  Q   — anything along those lines; is that right?
11  A   Correct.
12  Q   Next time he's at your office is
13  September 19th, 2007; is that right?
14  A   Correct.
15  Q   And is — this record, which is Bates Kanaan
16  and Bacha Meds 5, your handwriting or is it
17  Dr. Kanaan's?
18  A   Mine.
19  Q   Okay.  Still obese; am I right?
20  A   Uh-huh.
21  Q   What is going — yes?
22  A   Correct.
23  Q   What is going on?
24  A   He was still complaining from his upper
25  respiratory infection from the bronchitis, and he was

87

1   given the antibiotic by Dr. Kanaan, but still not
2   feeling good.  So we gave him some inhaler and different
3   antibiotics and some cortisone to go with it.  Because
4   he was little bit wheezing and short of breath, all
5   related to the upper respiratory infection.
6   Q   So that was, essentially, an inhalable steroid
7   to help address the inflammation?  Is that —
8   A   No.  It's a Solu-Medrol pack, which is
9   steroid, the pills.
10  Q   Okay.  Could you spell that for our court
11  reporter, please?
12  A   S-o-l-u M-e-d-r-o-l.
13  Q   Thank you.
14      No complaints about the diabetes, correct?
15  A   No, nothing.
16  Q   Next time he came to your office was
17  January 15th, 2008?
18  A   Correct.
19  Q   Kanaan and Bacha Meds 2004; is that right?
20  A   Correct.
21  Q   239 is his weight; am I right?
22  A   Correct.
23  Q   His blood pressure is 119 over 81; isn't that
24  correct?
25  A   Very good, yeah.

88

1   Q   And that is despite being obese; is that
2   correct?
3   A   Correct.
4   Q   High blood pressure is a risk in obese people,
5   correct?
6   A   Correct.
7   Q   High blood sugar is a significant risk
8   associated with obesity; is that correct?
9   A   Correct.
10  Q   And it is very, very common, correct?
11  A   Very common.
12  Q   What percentage of your patients are obese and
13  have very low blood sugar levels?
14  A   Not too many.
15  Q   Can you think of any patient, other than
16  Mr. Haller, who is 240 pounds at 5'6" tall and has blood
17  glucose fingersticks like you have seen?
18  A   No — yeah.  We have.  We have.
19  Q   You do?
20  A   But most of them when they get to the obesity
21  they get diabetes.
22  Q   And in that regard Mr. Haller is an exception,
23  correct?
24  A   Correct.
25  Q   No complaints about diabetes that day,

89

1   correct?
2   A   No.
3   Q   No complaints about gastroparesis, correct?
4   A   No.
5   Q   I do note under Diagnosis and Plan a
6   fingerstick glucose test.  What is that?
7   A   90.
8   Q   Great, right?
9   A   Great.
10  Q   Next time you saw him was March 17th, 2008,
11  correct?
12  A   Correct.
13  Q   That is most recent time you have seen him; am
14  I right?
15  A   No.  I saw him after that, but you don't have
16  those records.
17  Q   I may have that record.
18      That's when — you saw him in April too?
19  A   In April and then recently in this month —
20  Q   Okay.
21  A   — we —
22  Q   Let's go with March, then.
23      He's 235; am I right?
24  A   Yes.
25  Q   He is about the same, down couple of pounds,

90

1 correct?
2 A Yes.
3 Q Kanaan and Bacha Updates at 10 is this record.
4 Blood pressure is great; am I right?
5 A Correct.
6 Q His pulse -- that's 119 over 83, correct?
7 A Correct.
8 Q And pulse is 66; am I right?
9 A Correct.
10 Q He's complaining of a sore throat with
11 congestion, correct?
12 A Correct.
13 Q His fingerstick glucose is a little higher
14 this time; am I correct?
15 A Correct.
16 Q Do you know whether that was fasting or not?
17 A No.
18 Q Is that an issue with bipolar patients?
19 A No, not an issue.
20 Q Okay. And given his history, you were not
21 worried about that as being an elevated --
22 A No, no.
23 Q Anything else going on at this visit?
24 A That was -- more likely that was just the
25 morning because here when I put diabetes, I put that his

91

1 sugar was around 90 --
2 Q Okay.
3 A -- most of the time.
4 So that was just that date that he came when
5 he was sick.
6 Q Anything else about that visit significant for
7 diabetes or mental health?
8 A No.
9 Q Right. Next time you saw him was in April --
10 I'm sorry.
11 A March.
12 Q March 25th, 2008?
13 A Correct.
14 Q This is the following week; am I right?
15 A That is the following week, yes.
16 Q And this Bates number Kanaan and Bacha
17 Updates 11?
18 A Uh-huh.
19 Q Weight is 226; am I correct?
20 A Correct.
21 Q So he is down about 15 pounds over the past
22 couple of months?
23 A He was down. He was sick -- he was sick that
24 day.
25 Q What was he sick with?

92

1 A He was vomiting and having abdominal pain and
2 not being able to eat for a few days. So that is why we
3 direct admit him to the hospital that day.
4 Q Okay. You don't know whether his vomiting was
5 self-induced?
6 A That, I can't tell.
7 Q You don't know whether any of the emergency
8 people, EMS, saw him inducing vomiting?
9 A I'm not aware of that.
10 Q Okay. Next time you saw him was about a month
11 later, April 22nd, 2008; am I correct?
12 A Correct.
13 Q This is Kanaan and Bacha Updates at 12.
14 Notes that he was at the hospital for four
15 days?
16 A Correct.
17 Q Diagnosed with gastritis; am I correct?
18 A Correct.
19 Q So it wasn't gastroparesis, correct?
20 A No.
21 Q That is correct?
22 A Correct.
23 Q It says "FSG." I don't see a number.
24 A Yes. More likely he didn't give me one, but
25 here -- down there I put another one.

93

1 Q FSG 90, correct?
2 A That was good.
3 Q If I asked you all those same questions about
4 why we are here --
5 A I still don't understand why we are here.
6 Q Okay. Anything significant about that visit?
7 A No.
8 Q He's doing well; am I correct?
9 A He was doing fine.
10 Q Next time you saw him was when?
11 A August 19, few days ago.
12 Q That is a record that I don't believe we have,
13 Doctor.
14 A That you don't have. This you --
15 Q Could I trouble you to hand me your chart real
16 quick?
17 A Sure.
18 Q If we had a little more room here, I'd just
19 come around, but our court reporter doesn't want me to
20 trip over her.
21 This, for the record, is dated 8/19/08; am I
22 correct?
23 A Correct.
24 Q Doctor, in that we don't have these among our
25 copies --

24 (Pages 90 to 93)

94

1    A    Correct.
2    Q    — do you mind if I mark this as an exhibit?
3  I won't do it on your copy.
4    A    That's fine.
5    Q    But could we trouble your office to make a
6  copy of this record —
7    A    That's fine.
8    Q    — and then give it to our court reporter
9  before we leave today?
10   A    No problem.
11       MR. ELLISON:  I will mark that as Exhibit 2.
12       (Exhibit 2 was marked.)
13  BY MR. ELLISON:
14   Q    And this record is un-Bates numbered.
15  David Haller.  There are no heights,
16  weights or — identified there; is that correct?
17   A    Correct.
18   Q    And it is your understanding that the reason
19  there is no weight recorded there is because he refused
20  to be weighed that day?
21       MS. HORNSBY:  Objection; form.
22       THE WITNESS:  It could be.  I can't tell.
23   Q    Let me just understand —
24   A    He was sick.  When they are sick sometimes --
25  but that day I don't think he refused or anything.  We

95

1  just didn't have one of the nurse -- we were a little
2  bit short on the vital sign.
3  BY MR. ELLISON:
4    Q    Thank you.  I appreciate that.  I
5  misunderstood you earlier.
6       He said he was trying to commit suicide?
7    A    No.  The day -- the time before --
8       MS. HORNSBY:  Objection; form.
9       THE WITNESS:  -- he had an admission to the
10  hospital.  He was admitted for suicide attempt.
11  BY MR. ELLISON:
12   Q    Okay.  So he was -- and the record you are
13  referring to was April 22nd, 2008?
14   A    That was added to the note.  He was in the
15  hospital.  We don't have the date, but I can -- you
16  know, we can find it.  He was recently admitted to the
17  hospital with a suicide attempt.
18   Q    Doctor, in that the record you have from the
19  April 22nd, 2008, visit is different from the one that
20  we were provided —
21   A    Correct.  Because that was added.
22   Q    Because you went back.
23       I'm going to mark the April —
24   A    Sure.
25   Q    — 22nd, 2008, visit as Exhibit 3.

96

       And can we undergo that same process?
    A    No problem.
       (Exhibit 3 was marked.)
BY MR. ELLISON:
    Q    Doctor, I'm going to go off the record for a
minute while they change the videotape.  I'm almost
done.  Do you want to take a longer break now and
stretch your legs?
    A    No.  If you are almost done, I'm fine.
       MR. ELLISON:  I'm almost done.
       Let's go off the record.  We'll change the
videotape, and we'll move back on.
       THE VIDEOGRAPHER:  Off record 10:57 a.m.
       (Recess taken from 10:57 a.m. to 11:06 a.m.)
       THE VIDEOGRAPHER:  Back on record 11:06 a.m.
BY MR. ELLISON:
    Q    Dr. Bacha, before we took just a brief break
to flip the tape, you were telling me about a suicide
attempt.  My understanding is you saw Mr. Haller in
April of 2008, and subsequent to that, he was
hospitalized for what was perceived to be a suicide
attempt through drug overdose; is that correct?
    A    Correct.
    Q    Do you recall when that suicide attempt
occurred?

97

    A    Check it.
    Q    Thank you.
    A    That was on August 2nd.
    Q    Of 2000 —
    A    August 2nd, 2008.
    Q    So that just happened within the past couple
of weeks?
    A    Yes.
    Q    What was that about?
    A    "Patient brought to the emergency room
         after he was giving suicidal threat to
         the police, and he was taking more drug
         and trying to commit suicide."
    Q    By "drug," what do you mean?  His prescription
medications?
    A    More likely.  He was intubated.  He was in the
ICU for a few days.
    Q    What does that mean?
    A    He was intubated.  He was on the machine to
breathe.
    Q    Because he almost succeeded at killing
himself; is that correct?
    A    He almost, yes.
    Q    He was hospitalized for four days?
    A    Few days.  I don't know exactly when he was

98

1  discharged.
2      So they diagnose him with drug overdose. They
3  didn't know exactly what he took, but most likely from
4  his prescribing medication he took overdose.
5      Q    And whether or not Mr. Haller actually
6  intended to kill himself, as opposed to was using the
7  attempt as manipulation, he almost killed himself; is
8  that correct?
9      A    Yes.
10     Q    And had he not received medical care, he would
11 have died?
12     A    Yes.
13     Q    And that is your opinion?
14     A    Yes.
15     Q    Let's come back now to the most recent visit.
16 And the date on that is?
17     A    August 19th.
18     Q    And this was just two days ago; is that right?
19     A    Correct.
20     Q    And he's currently in the hospital?
21     A    Should be.
22     Q    All right.  If I understand correctly, he came
23 to your office complaining of certain symptoms, and he
24 left from your office and went to the emergency room; is
25 that right?

99

1      A    No.  He came to me, and he was having the same
2  symptoms, abdominal pain, not being able to eat and
3  drink and complaining that, you know, he's vomiting all
4  the time, and he requested to be admitted.
5      So because of his history of multiple
6  admissions and because of the recent suicidal attempt, I
7  decided to put him in the hospital because he went to
8  the -- actually, he went to the emergency room, to Mease
9  Morton Plant.
10     Q    And they wouldn't take him?
11     A    And they wouldn't take him.
12     So I couldn't tell him to go to the ER because
13 he already have the workup, everything is negative, and
14 they won't put him in the hospital.
15     Q    Have you ever had a patient involved in
16 litigation who thinks that in order to bolster his or
17 her case he's got to fatten the medical files?
18     A    I'm learning that now.
19     MS. HORNSBY:  Objection; form.
20 BY MR. ELLISON:
21     Q    Is it your perception that Mr. Haller may
22 be -- you are nodding your head.  You see where I'm
23 going.
24     A    I think so.
25     Q    -- may be visiting multiple physicians and

100

1  going to the ER in order to help his legal case and not
2  because of any medical problem?
3      MS. HORNSBY:  Objection; form.
4      THE WITNESS:  I think so because last time he
5  came to me he requested -- I was not going to put
6  him in the hospital because he already underwent all
7  the study and everything was negative and even his
8  blood pressure was okay, but he requested to be in
9  the hospital.  And because of his -- all medical
10 history and especially the suicidal attempt, I put
11 him there for him to be safe.
12 BY MR. ELLISON:
13     Q    You can't run the risk of not sending him in?
14     A    Exactly.
15     Q    But it is your suspicion --
16     A    Exactly.
17     Q    -- that the reason he --
18     A    And just now discussing this, I remember last
19 time when I send him to the hospital direct admit was
20 the same reason, as the same symptoms, and it was the
21 same things saying that "I want to be admitted."
22     Q    The patient's -- Mr. Haller came to you?
23     A    Yes.
24     Q    And it is your belief that he may be doing
25 this not for any medical -- real medical reason but --

101

1      A    I can't tell, but now it is coming back to me
2  that --
3      MS. HORNSBY:  Objection; form.
4      THE WITNESS:  -- he is the one wanted to be
5  admitted because, if he goes to the emergency room,
6  nobody going to keep him because all the workup is
7  negative.
8  BY MR. ELLISON:
9      Q    Is there a fingerstick on that date?
10     A    No.  I don't believe so.
11     Q    Okay.  But, again --
12     A    There was no problem with sugar.
13     Q    And no diabetes, right?
14     A    No.
15     Q    That is correct?
16     A    Correct.
17     Q    Doctor, although it's been a pleasure for me,
18 I'm really sorry you ever had to meet me.
19     A    That's okay.
20     Q    Thank you for your time.
21     A    You are welcome.
22     Q    You have been very gracious.
23     At this point I have no further questions
24 subject to any new records or information that may be
25 developed as a result of this hospitalization or further

26 (Pages 98 to 101)

102

1   down the road, and subject to that, I'm going to pass at
2   this point.  And thank you.
3       A   You're welcome.
4           EXAMINATION
5   BY MS. HORNSBY:
6       Q   Doctor, I have a few questions.
7           You said that you have never prescribed
8   Seroquel to Mr. Haller; is that correct?
9       A   Correct.
10      Q   Do you prescribe it to other patients under
11  different circumstances?
12      A   Yes, I do.
13      Q   What circumstances would those be?
14      A   Most of the patient are in a nursing home.
15  They are on Seroquel.
16      Q   Why are they on Seroquel?
17      A   For that same reason, psychosis or bipolar
18  disease, agitation, we use Seroquel.
19      Q   Okay.  Are you aware of a black box warning
20  regarding the elderly and using Seroquel?
21      A   Yes.
22      Q   When Mr. Haller came to you, he had a history
23  of diabetes; is that correct?
24      A   Yes.
25      Q   And he was on Glucophage at the time he became

103

1   your patient?
2       A   Correct.
3       Q   Okay.  Do you know who diagnosed Mr. Haller --
4   well, strike that.
5           Do you know if a health care provider
6   diagnosed Mr. Haller with diabetes?
7       A   The history is coming from the patient.  We do
8   not have any documentation from his old primary care.
9       Q   Okay.  But he was on Glucophage when he --
10      A   Yes.
11      Q   And you do not know who that prescription came
12  from?
13      A   Most likely from his old primary care,
14  Dr. Yamani.
15      Q   Okay.  Is Glucophage used for any other --
16  what is Glucophage used for?
17      A   Just for diabetes.
18      Q   Okay.  So Dr. Yamani was under the impression
19  that Mr. Haller was diabetic?
20      A   I cannot tell --
21          MR. ELLISON:  Form; foundation.
22          THE WITNESS:  I cannot tell for him.
23          THE REPORTER:  I'm sorry.  Your answer was?
24          THE WITNESS:  I cannot tell for him.
25  BY MS. HORNSBY:

104

1       Q   What about Mr. Haller's gastroparesis?  How
2   was that caused?
3       A   That, I can't tell too.
4       Q   Okay.
5       A   We didn't have any documentation to tell us
6   why he was having this problem.
7       Q   Okay.  And then he came to you experiencing
8   gastroparesis in the past?
9           MR. ELLISON:  Form.
10          THE WITNESS:  He came to us complaining of
11  this symptom, abdominal pain and nausea, vomiting,
12  and he had that diagnosis in the hospital when he
13  had the endoscopy of this -- because the symptoms,
14  you know, fit the gastroparesis, but there is no
15  study, you know, we can tell that he has a
16  gastroparesis or --
17  BY MS. HORNSBY:
18      Q   Okay.  So you're -- if I get this right,
19  you're telling me that you are not sure that Mr. Haller
20  has gastroparesis?
21      A   The symptoms, yes.  But there is no specific
22  study that tell you the gastroparesis.  Gastroparesis is
23  the syndrome with all the symptoms that you can diagnose
24  it, but, you know, with the endoscopy, as I said, they
25  found reflux disease and gastritis, nothing else.

105

1       Q   Okay.  What is gastritis?
2       A   Gastritis is an inflammation in the stomach
3   area.
4       Q   Okay.  So there is no test that can accurately
5   pinpoint a diagnosis for gastroparesis?
6       A   No.
7       Q   Can -- strike that.
8           You said Mr. Haller had been noncompliant with
9   treatment in the past; is that correct?
10      A   Correct.
11      Q   Is he compliant presently with his treatment?
12      A   Presently, yes.
13      Q   Okay.  Is it fair to say that noncompliance
14  doesn't necessarily mean a patient is resistant to
15  getting treatment?
16      A   When they are not compliant, they are not
17  compliant with the treatment.  But recently he was
18  following up with it, yeah.
19      Q   Is mental illness a reason for noncompliance?
20          MR. ELLISON:  Form.
21          THE WITNESS:  Is the mental health?
22  BY MS. HORNSBY:
23      Q   Right.
24      A   Not really.
25      Q   It is not.  Okay.

27 (Pages 102 to 105)

**106**

1    So in your opinion, mental illness doesn't
2  have anything to do with noncompliance?
3    MR. ELLISON: Form.
4    THE WITNESS: I don't think so.
5  BY MS. HORNSBY:
6    Q   Okay. And today you are of the opinion that
7  Mr. Haller does not have diabetes?
8    A   He doesn't have diabetes.
9    Q   Okay. Can you have diabetes -- well, strike
10 that.
11    Can you be cured of diabetes?
12    A   I am not sure if he had diabetes to begin with
13 because he came with us and I'm telling you that I have
14 one number, and it is not fasting, that is 126.
15    Q   Okay.
16    A   Can you be cured from diabetes? It depends
17 what the cause. If it is medication-induced, by
18 stopping the medication, you can get better.
19    If it is diabetes coming from the family and
20 when you are -- you know, going through it, you are not
21 going to be cured, but you can be diet controlled.
22 Losing weight can cure it.
23    So, yes, you can, but for -- in this specific
24 case, I don't have a documentation that there is
25 diabetes to begin with.

**107**

1    Q   Okay. But he was on Glucophage?
2    A   Yes.
3    MS. HORNSBY: Okay. Doctor, no further
4  questions.
5    THE WITNESS: Thank you.
6    MR. ELLISON: Doctor, I have no follow-up.
7    Pursuant to Federal Rule of Civil Procedure
8  30(e), you have the right to review the transcript
9  within 30 days of receiving it, make whatever
10 changes you feel are necessary and then return it to
11 us; or you can waive that right and let us take the
12 paper and run. It is up to you. I just --
13    THE WITNESS: No. I like to review it.
14    MR. ELLISON: Fair enough. All I need is a
15 statement on the record, and we have it. Thank you.
16    THE WITNESS: You are welcome.
17    THE VIDEOGRAPHER: Off record 11:18 a.m.
18    (At 11:18 a.m., no further questions were
19 propounded to the witness.)

**108**

SIGNATURE PAGE/ERRATA SHEET
WITNESS:   MOURNA BACHA, M.D.
DATE:         Thursday, August 21, 2008
CASE REFERENCE:   IN RE: Seroquel Products Liability
                Litigation, MDL DOCKET NO. 1769,
                (David D. Haller 6:07-cv-15733)
Job No.:        N950619

After you have read your transcript, please note
any errors, amendments or changes on this page. Do not
mark on the transcript itself. Please sign and date
this sheet as indicated below. If additional lines are
required for corrections, attach additional sheets. If
no corrections, please indicate "None."
PAGE/LINE   ERROR/AMENDMENT        REASON FOR CHANGE

_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____
_____  _____  _____

I have read my transcript and subscribe to its accuracy,
to include the corrections or amendments noted above or
hereto attached.

_____
Signature of Witness      Date

**109**

ESQUIRE DEPOSITION SERVICES
Suite 3350, Bank of America Plaza
101 East Kennedy Boulevard
Tampa, Florida 33602
(813) 221-2535
MOURNA BACHA, M.D.              September 5, 2008
1173 Turner Street
Clearwater, Florida 33756
RE: IN RE: Seroquel Products Liability
    Litigation, MDL DOCKET NO. 1769,
    (David D. Haller 6:07-cv-15733)
Job No: N950619

Please take notice that on Thursday, August 21, 2008,
you gave your deposition in the above-referenced matter.
At that time, you did not waive signature.

A courtesy condensed transcript is enclosed for your
review.
Any corrections you wish to make to the transcript
should be made on the errata sheet at page 108. Please
do NOT write on the transcript, itself.
Please complete review of your transcript within 30 days
and return the errata sheet to our offices. You need
not return the entire transcript.
If you now wish to waive your right to read and sign the
transcript, please indicate so on the errata sheet and
return it to our office.

Sincerely,


Michelle O. Baden
Registered Professional Reporter
Florida Professional Reporter

cc: Via Transcript: Faegre Benson, Bailey Perrin Bailey

110

CERTIFICATE OF REPORTER

STATE OF FLORIDA       )

COUNTY OF HILLSBOROUGH)

I, Michelle Olsen Baden, RPR, certify that I was authorized to and did stenographically report the deposition; that a review of the transcript was requested; and that the foregoing pages are a true and complete record of my stenographic notes taken during said deposition.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 5th day of September, 2008.


Michelle Olsen Baden
Registered Professional Reporter
Florida Professional Reporter


111

CERTIFICATE OF OATH

STATE OF FLORIDA       )

COUNTY OF HILLSBOROUGH)



I, the undersigned authority, certify that the witness in this matter personally appeared before me and was duly sworn on the 21st day of August, 2008.

WITNESS my hand and official seal this 5th of September, 2008.


_____
Michelle Olsen Baden, RPR, FPR
Notary Public
State of Florida at Large
My Commission Number:  DD537984
Expires:  6/20/2010