# EXHIBIT 11

  


**FLORIDA DEPARTMENT OF LAW ENFORCEMENT**
# CRIMINAL HISTORY INFORMATION
*Search Florida's Criminal Histories*


F A L C O N

o
## Criminal History

```
                            Criminal History

                        --FLORIDA CCH RESPONSE--
                        ATN/ANONCCHINET/CCHINET/
                FC.DLE/1991484.PUR/P.ATN/ANONCCHINET/CCHINET/
             SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:   1
             BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
             A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE
                        -   FLORIDA   CRIMINAL   HISTORY   -
    NAME                              STATE ID NO.   FBI NO.     DATE REQUESTED
      HALLER, DWAYNE DAVID             FL-01991484                 02/03/2008
    SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
     M    W    11/24/1961  5'06''   178    BLU   BRO   PA                 241455
                                --CONTINUED--

             SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:   2

    FINGERPRINT CLASS    SOCIAL SECURITY NO.    MISCELLANEOUS NO.    SCR/MRK/TAT
     13 TT 11 PM 12         XXX-XX-8840                                 SC R FGR
                         09 TT 08 PI 12
                         IN AFIS - 2
         OCCUPATION            ADDRESS                    CITY/STATE
         CABINET WRK           19225 US HWY 27            CLERMONT, FL
    ---------------------------------------------------------------------------
    AKA                         DOB           SOC              SCR/MRK/TAT

     HALLER, DAVID DWAYNE                                      SC R HND
     HALLER, DAVID WAYNE                                       SC L FGR
                                --CONTINUED--

             SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:   3

     HALLER, DWAYNE D                                          SC CHIN
     HALLER, DAVID                                             SC FHD
                                                               SC FACE
                                                               SC HEAD
    ---------------------------------------------------------------------------
             ARREST-   1    04/07/1984    OBTS NO.-0000313724
    ARREST AGENCY-PINELLAS COUNTY SHERIFF'S OFFICE               (FL0520000)
         AGENCY CASE-137387                              OFFENSE DATE-
                   CHARGE 001-FAILURE TO APPEAR-
                          REF POSS OPEN ALCH
    ---------------------------------------------------------------------------
             ARREST-   2    05/15/1984    OBTS NO.-0000313724
    ARREST AGENCY-CLEARWATER POLICE DEPARTMENT                   (FL0520300)
                                --CONTINUED--

             SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:   4

         AGENCY CASE-137387                              OFFENSE DATE-
```

1

```
                    CHARGE 001-DISORD CONDUCT-
         STATUTE/ORDINANCE-                      LEVEL-MISDEMEANOR
                CHARGE 002-RESISTING OFFICER-
                            ARREST WO VIOL
         STATUTE/ORDINANCE-                      LEVEL-MISDEMEANOR
                      JUDICIAL-
AGENCY-CLEARWATER POLICE DEPARTMENT                       (FL0520300)
     CHARGE 001 -COURT SEQ              COURT NO.-84007518FMA
                  COURT DATA-DISORD CONDUCT-
         STATUTE/ORDINANCE-FL877.03              LEVEL-MISDEMEANOR
            DISP DATE-05/23/1984                 DISP-CONVICTED
                          CONFINEMENT-9D
                         --CONTINUED--

     SID NUMBER: 1991484   PURPOSE CODE:P        PAGE:    5

                      CRT PROVISIONS-   9D
                         CREDITED WITH TIME SERVED
-------------------------------------------------------------------
         ARREST-  3    04/06/1985   OBTS NO.-0000313724
ARREST AGENCY-CLEARWATER POLICE DEPARTMENT                (FL0520300)
         AGENCY CASE-137387                   OFFENSE DATE-
                CHARGE 001-RESISTING OFFICER-
                            ARR W VIOL
                            002 CNTS,
              STATUTE/ORDINANCE-                LEVEL-FELONY
                      CHARGE 002-BATTERY-
                            002 CNTS,
         STATUTE/ORDINANCE-                     LEVEL-MISDEMEANOR
                         --CONTINUED--

     SID NUMBER: 1991484   PURPOSE CODE:P        PAGE:    6

                     CHARGE 003-DISORD CONDUCT-
         STATUTE/ORDINANCE-                     LEVEL-MISDEMEANOR
                         JUDICIAL-
AGENCY-CLEARWATER POLICE DEPARTMENT                        (FL0520300)
      CHARGE 001 -COURT SEQ             COURT NO.-85003782CFA
                  COURT DATA-RESISTING OFFICER-
                            ARST W VIOL
           STATUTE/ORDINANCE-FL843.01           LEVEL-FELONY
           DISP DATE-06/21/1985                 DISP-ADJ WITHHELD
                        CONFINEMENT-6M
                        PROBATION-3Y
           FINE-    $15                         COURT COST-
     CHARGE 002 -COURT SEQ               COURT NO.-85005954FMA
                         --CONTINUED--

     SID NUMBER: 1991484   PURPOSE CODE:P        PAGE:    7

                  COURT DATA-DISORD CONDUCT-
         STATUTE/ORDINANCE-FL877.03              LEVEL-MISDEMEANOR
            DISP DATE-06/21/1985                 DISP-CONVICTED
                        CONFINEMENT-2M20D
         CRT PROVISIONS-CREDITED WITH TIME SERVED
      CHARGE 003 -COURT SEQ              COURT NO.-85005956FMA
              STATUTE/ORDINANCE- 2 CNT              LEVEL-
                  COURT DATA-BATTERY-
         STATUTE/ORDINANCE-FL784.03              LEVEL-MISDEMEANOR
            DISP DATE-06/21/1985                 DISP-CONVICTED
                        CONFINEMENT-2M20D
                CRT PROVISIONS-   W CHG TWO
                                  CONCURRENT
                         --CONTINUED--

     SID NUMBER: 1991484   PURPOSE CODE:P        PAGE:    8

-------------------------------------------------------------------
         ARREST-   4   09/09/1985   OBTS NO.-0000313724
ARREST AGENCY-PINELLAS COUNTY SHERIFF'S OFFICE             (FL0520000)
```

2

```
              AGENCY CASE-137387                        OFFENSE DATE-
                    CHARGE 001-AGGRAV BATT-POL OFF-
                                  CORR OFC
                  STATUTE/ORDINANCE-                    LEVEL-FELONY
                           JUDICIAL-
    AGENCY-PINELLAS COUNTY SHERIFF'S OFFICE              (FL0520000)
          CHARGE 001 -COURT SEQ            COURT NO.-85010078CFA
                     COURT DATA-ASSAULT-
              DISP DATE-03/31/1986          DISP-CONVICTED
  ---------------------------------------------------------------
                           --CONTINUED--

          SID  NUMBER: 1991484   PURPOSE CODE:P     PAGE:  9


           ARREST-  5    10/31/1985   OBTS NO.-0000313724
    ARREST AGENCY-CLEARWATER POLICE DEPARTMENT           (FL0520300)
          AGENCY CASE-137387                       OFFENSE DATE-
                    CHARGE 001-PROB VIOLATION-
                         REF RESIST ARR W VIOL
                           JUDICIAL-
    AGENCY-NORTH FLORIDA RECEPTION MEDICAL CENTER        (FL063025C)
          CHARGE 001 -COURT SEQ              COURT NO.-
                  COURT DATA-RESISTING OFFICER-
                                W VIOL
                  STATUTE/ORDINANCE-                    LEVEL-FELONY
                  DISP DATE-                        DISP-CONVICTED
                           CONFINEMENT-9Y
                           --CONTINUED--

          SID  NUMBER: 1991484   PURPOSE CODE:P     PAGE: 10

                      CRT PROVISIONS-   80D
                         CREDITED WITH TIME SERVED
  ---------------------------------------------------------------
            ARREST-  6    01/14/1986   OBTS NO.-0000313724
    ARREST AGENCY-PINELLAS COUNTY SHERIFF'S OFFICE        (FL0520000)
          AGENCY CASE-137387                       OFFENSE DATE-
                    CHARGE 001-RESISTING OFFICER-
                                ARREST W VIOL
                  STATUTE/ORDINANCE-                    LEVEL-FELONY
                    CHARGE 002-DISORDERLY INTOX-
                  STATUTE/ORDINANCE-FL856.011      LEVEL-MISDEMEANOR
                    CHARGE 003-PROB VIOLATION-
                         REF SIMPLE BATT
                           --CONTINUED--

          SID  NUMBER: 1991484   PURPOSE CODE:P     PAGE: 11

                           JUDICIAL-
    AGENCY-NORTH FLORIDA RECEPTION MEDICAL CENTER        (FL063025C)
          CHARGE 001 -COURT SEQ              COURT NO.-
                  COURT DATA-RESISTING OFFICER-
                                W VIOL
                  STATUTE/ORDINANCE-                    LEVEL-FELONY
                  DISP DATE-                        DISP-CONVICTED
              CRT PROVISIONS-   SENT INCL UNDER DOA 103185
  ---------------------------------------------------------------
            ARREST-  7    02/01/1986   OBTS NO.-0000313724
    ARREST AGENCY-PINELLAS COUNTY SHERIFF'S OFFICE        (FL0520000)
          AGENCY CASE-137387                       OFFENSE DATE-
                    CHARGE 001-PROB VIOLATION-
                           --CONTINUED--

          SID  NUMBER: 1991484   PURPOSE CODE:P     PAGE: 12

                         REF BATT ON CORR OFC
                           JUDICIAL-
    AGENCY-NORTH FLORIDA RECEPTION MEDICAL CENTER        (FL063025C)
          CHARGE 001 -COURT SEQ              COURT NO.-
                  COURT DATA-AGGRAV BATT-POL OFF-
```

3

```
                    STATUTE/ORDINANCE-                    LEVEL-FELONY
                    DISP DATE-                            DISP-CONVICTED
                  CRT PROVISIONS-   SENT INCL UNDER DOA 103185
             CHARGE 002 -COURT SEQ                  COURT NO.-
                COURT DATA-SEX OFFENSE-AGAINST CHILD-FONDLING-
                                              LEWD LASCV
                    STATUTE/ORDINANCE-                    LEVEL-FELONY
                    DISP DATE-                            DISP-CONVICTED
                              --CONTINUED--

           SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:  13

                  CRT PROVISIONS-   SENT INCL UNDER DOA 103185
                           SUPERVISION OR CUSTODY-
          AGENCY-NORTH FLORIDA RECEPTION MEDICAL CENTER       (FL063025C)
          AGENCY CASE-241455          STATUS-RECEIVED          ,04/10/1986
                     REMARKS-INCLUDED CONV DOA 101385 011486
          AGENCY-NORTH FLORIDA RECEPTION MEDICAL CENTER       (FL063025C)
          AGENCY CASE-241455       STATUS-DISCHARGED FROM CRIMINAL ,01/27/1995
                     REMARKS-LEWD LASCIVIOUS CHILD U 16
     ------------------------------------------------------------------------
                    ARREST-   8   04/26/1989   OBTS NO.-0000872485
           ARREST AGENCY-GADSDEN COUNTY SHERIFF'S OFFICE          (FL0200000)
             AGENCY CASE-SD21673                     OFFENSE DATE-04/17/1989
                    CHARGE 001-AGGRAV ASSLT-POL OFF-STGARM
                              --CONTINUED--

           SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:  14

                                      BATT
                    STATUTE/ORDINANCE-FL784.07            LEVEL-FELONY
                                    JUDICIAL-
          AGENCY-2ND CIRCUIT COURT - QUINCY                    (FL020015J)
              CHARGE 001 -COURT SEQ              COURT NO.-890363CFA
                         PROSC DATA-W/O PROS INVOLVEMENT
                         COURT DATA-AGGRAV ASSLT-POL OFF-STGARM
                    STATUTE/ORDINANCE-                    LEVEL-FELONY
                    DISP DATE-07/18/1989                  DISP-GUILTY/CONVICTED
                    COUNSEL-      TRIAL-            PLEA-NOLO CONTENDRE
                              SENT DATE-07/18/1989
                         CONFINEMENT-          -  1Y 6M    ,PRISON
                    FINE-                          COURT COST-    $25
                              --CONTINUED--

           SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:  15

     ------------------------------------------------------------------------
                    ARREST-   9   09/17/1992   OBTS NO.-0004146991
           ARREST AGENCY-DESOTO COUNTY SHERIFF'S OFFICE          (FL0140000)
             AGENCY CASE-H1109                     OFFENSE DATE-09/17/1992
                         CHARGE 001-PAROLE VIOLATION-
                    STATUTE/ORDINANCE-FL947.21           LEVEL-
     ------------------------------------------------------------------------
                **** THE FOLLOWING IS A STATUS RECORD -- NOT AN ARREST ****
                    ARREST-  10   01/30/1995   OBTS NO.-0004774468
           ARREST AGENCY-PINELLAS COUNTY SHERIFF'S OFFICE         (FL0520000)
             AGENCY CASE-137387                     OFFENSE DATE-
                    CHARGE 001-CRIMINAL REGISTRATION (NOT AN ARREST)-
                              DISP-NOT PROSECUTED RELEASED
                              --CONTINUED--

           SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:  16

     ------------------------------------------------------------------------
                    ARREST-  11   02/27/1995   OBTS NO.-0006643772
           ARREST AGENCY-CLEARWATER POLICE DEPARTMENT             (FL0520300)
             AGENCY CASE-137387                     OFFENSE DATE-
                         CHARGE 001-DISORD CONDUCT-
                    STATUTE/ORDINANCE-                    LEVEL-MISDEMEANOR
     ------------------------------------------------------------------------
```

```
         ARREST- 12    06/24/1996   OBTS NO.-0008529112
ARREST AGENCY-ST. PETERSBURG POLICE DEPARTMENT        (FL0521400)
   AGENCY CASE-159641                      OFFENSE DATE-06/23/1996
                  CHARGE 001-DISORD CONDUCT-
           STATUTE/ORDINANCE-              LEVEL-MISDEMEANOR
                           JUDICIAL-
                         --CONTINUED--

      SID NUMBER: 1991484    PURPOSE CODE:P      PAGE: 17

AGENCY-PINELLAS COUNTY COURT - CLERK OF COURT         (FL052013J)
   CHARGE 001 -COURT SEQ           COURT NO.-9620895MMANOA
                  SUPPLEMENTAL ARREST DATA-
       STATUS-                       LEVEL-MISDEMEANOR,2ND DEG
              PROSC DATA-W/O PROS INVOLVEMENT
            COURT DATA-SAME       ,PUBLIC PEACE-
                                  DISORDERLY CONDUCT
       STATUTE/ORDINANCE-FL877.03       LEVEL-MISDEMEANOR,2ND DEG
              STATUTE DESCRIPTN-DISORDERLY CONDUCT
        DISP DATE-06/28/1996          DISP-ADJ WITHHELD
         COUNSEL-       TRIAL-NONE    PLEA-NOLO CONTENDRE
                    SENT DATE-06/28/1996
               CONFINEMENT-        -       6D,JAIL
                         --CONTINUED--

      SID NUMBER: 1991484    PURPOSE CODE:P      PAGE: 18

                              888            ,
       SUSPENDED SENT-              CREDITED TIME-         6D
             SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
----------------------------------------------------------------
         ARREST- 13    12/14/1996   OBTS NO.-0009744261
ARREST AGENCY-ST. PETERSBURG POLICE DEPARTMENT        (FL0521400)
   AGENCY CASE-159641                      OFFENSE DATE-12/12/1996
                  CHARGE 001-AGGRAV STALKING-
           STATUTE/ORDINANCE-              LEVEL-FELONY
                           JUDICIAL-
AGENCY-S.A.O.-6TH JUDICIAL CIRCUIT                    (FL052015A)
   CHARGE 001 -COURT SEQ           COURT NO.-9622687CFANOA
                  SUPPLEMENTAL ARREST DATA-
                         --CONTINUED--

      SID NUMBER: 1991484    PURPOSE CODE:P      PAGE: 19

       STATUS-                       LEVEL-FELONY       ,3RD DEG
              PROSC DATA-                  BATTERY-
                                  AGG STALKING
       STATUTE/ORDINANCE-FL784.048(3)     LEVEL-FELONY  ,3RD DEG
            STATUTE DESCRIPTN-FOLLOW HARASS CYBERSTALK DEATH INJURY
        DISP DATE-01/13/1997          DISP-DROPPED/ABANDONED
           COUNSEL-PUBLIC    TRIAL-          PLEA-
                    888          ,888888888888888
             SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
----------------------------------------------------------------
         ARREST- 14    01/15/1997   OBTS NO.-0009749391
ARREST AGENCY-ST. PETERSBURG POLICE DEPARTMENT        (FL0521400)
   AGENCY CASE-159641                      OFFENSE DATE-01/15/1997
                         --CONTINUED--

      SID NUMBER: 1991484    PURPOSE CODE:P      PAGE: 20

                  CHARGE 001-AGGRAV STALKING-
           STATUTE/ORDINANCE-              LEVEL-FELONY
                           JUDICIAL-
AGENCY-6TH CIRCUIT COURT - CLEARWATER                 (FL052015J)
   CHARGE 001 -COURT SEQ           COURT NO.-521997CF000970AXXXNO
                  SUPPLEMENTAL ARREST DATA-
       STATUS-                       LEVEL-FELONY       ,1ST DEG
              PROSC DATA-AMENDED           ,BATTERY-
                                  AGGRAVATED STALKING
```

5

```
             STATUTE/ORDINANCE-FL784.048(3)      LEVEL-FELONY     ,3RD DEG
                STATUTE DESCRIPTN-FOLLOW HARASS CYBERSTALK DEATH INJURY
                       DISP DATE-01/27/1997          DISP-N/A
                           COURT DATA-SAME        ,BATTERY-
                                  --CONTINUED--

        SID  NUMBER:  1991484   PURPOSE CODE:P         PAGE:  21

                                     AGGRAVATED STALKING
             STATUTE/ORDINANCE-FL784.048(3)      LEVEL-FELONY     ,3RD DEG
                STATUTE DESCRIPTN-FOLLOW HARASS CYBERSTALK DEATH INJURY
                       DISP DATE-07/29/1997          DISP-GUILTY/CONVICTED
                    COUNSEL-ASSIGNED   TRIAL-NONE      PLEA-NOLO CONTENDRE
                              SENT DATE-04/10/2001
                    CONFINEMENT-          - 2Y      ,PRISON
           SUSPENDED SENT-                      CREDITED TIME-      317D
              FINE-      $2                     COURT COST-   $343
                    CRT PROVISIONS-PROBATION REVOKED
             SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
-------------------------------------------------------------------------
                ARREST- 15    06/29/1998    OBTS NO.-0010839979
                                --CONTINUED--

        SID  NUMBER:  1991484   PURPOSE CODE:P         PAGE:  22

     ARREST AGENCY-ST. PETERSBURG POLICE DEPARTMENT            (FL0521400)
          AGENCY CASE-137387                       OFFENSE DATE-
                    CHARGE 001-CONTEMPT OF COURT-
                                VIOL DOM VIOL INJU
                  STATUTE/ORDINANCE-                 LEVEL-MISDEMEANOR
                                   DISP-
                                 JUDICIAL-
     AGENCY-PINELLAS COUNTY COURT - CLERK OF COURT             (FL052013J)
          ADDED   CHG -COURT SEQ            COURT NO.-9805258MMANOA
                        SUPPLEMENTAL ARREST DATA-
              STATUS-                         LEVEL-MISDEMEANOR,2ND DEG
              PROSC DATA-INITIATED BY PROSECU,OBSTRUCT-
                         VIOL INJUCTION PROTECTION FROM DOMESTIC VIOL
                                --CONTINUED--

        SID  NUMBER:  1991484   PURPOSE CODE:P         PAGE:  23

             STATUTE/ORDINANCE-FL741.31            LEVEL-MISDEMEANOR,1ST DEG
                STATUTE DESCRIPTN-VIOL INJUC FOR PROTECT AGAINST DOM VIOLENCE
                       DISP DATE-06/29/1998          DISP-N/A
                           COURT DATA-SAME        ,OBSTRUCT-
                         VIOL INJUCTION PROTECTION FROM DOMESTIC VIOL
             STATUTE/ORDINANCE-FL741.31            LEVEL-MISDEMEANOR,1ST DEG
                STATUTE DESCRIPTN-VIOL INJUC FOR PROTECT AGAINST DOM VIOLENCE
                       DISP DATE-09/15/1998          DISP-GUILTY/CONVICTED
                    COUNSEL-PRIVATE    TRIAL-NONE      PLEA-NOLO CONTENDRE
                              SENT DATE-09/15/1998
           SUSPENDED SENT-                      CREDITED TIME-       79D
                              PROBATION-  1Y
              FINE-    $180                     COURT COST-    $20
                                --CONTINUED--

        SID  NUMBER:  1991484   PURPOSE CODE:P         PAGE:  24

                    CRT PROVISIONS-FINE OR COMMUNITY SERVICE
             SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
-------------------------------------------------------------------------
                ARREST- 16    01/15/2001    OBTS NO.-5202010324
     ARREST AGENCY-PINELLAS COUNTY SHERIFF'S OFFICE            (FL0520000)
          AGENCY CASE-SOA906473                    OFFENSE DATE-
                    CHARGE 001-CRUELTY TOWARD CHILD-
                                     ABUSE
                  STATUTE/ORDINANCE-FL827.03(2)        LEVEL-FELONY
                                   DISP-HELD
                                 JUDICIAL-
```

```
         AGENCY-PINELLAS COUNTY COURT - CLERK OF COURT           (FL052013J)
         CHARGE 001 -COURT SEQ            COURT NO.-522001MM003908AXXXNO
                              --CONTINUED--

             SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:  25

                         SUPPLEMENTAL ARREST DATA-
              STATUS-                          LEVEL-FELONY      ,1ST DEG
                 PROSC DATA-AMENDED              ,BATTERY-
                                   BATTERY    STRIKE OR TOUCH
         STATUTE/ORDINANCE-FL784.03(1)          LEVEL-MISDEMEANOR,1ST DEG
              DISP DATE-02/14/2001               DISP-N/A
                COURT DATA-SAME         ,BATTERY-
                                   BATTERY    STRIKE OR TOUCH
         STATUTE/ORDINANCE-FL784.03(1)          LEVEL-MISDEMEANOR,1ST DEG
              DISP DATE-04/11/2001               DISP-GUILTY/CONVICTED
              COUNSEL-OTHER       TRIAL-NONE     PLEA-NOLO CONTENDRE
                        SENT DATE-04/11/2001
                     CONFINEMENT-       -     2M29D,JAIL
                              --CONTINUED--

             SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:  26

             SUSPENDED SENT-                  CREDITED TIME-      89D
               FINE-    $29                   COURT COST-    $236
              SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
         -----------------------------------------------------------------
                             SUPERVISION OR CUSTODY-
         AGENCY-NORTH FLORIDA RECEPTION MEDICAL CENTER       -- (FL063025C)
         AGENCY CASE-B241455           STATUS-RECEIVED           ,04/17/2001
                  REMARKS-AGG STALK CREDIBLE THREAT
         -----------------------------------------------------------------
                             SUPERVISION OR CUSTODY-
         AGENCY-CENTRAL FLORIDA RECEPTION CENTER                (FL048035C)
         AGENCY CASE-241455            STATUS-RECEIVED           ,04/18/2001
         -----------------------------------------------------------------
                              --CONTINUED--

             SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:  27

             ARREST- 17    05/24/2002    OBTS NO.-6402032843
         ARREST AGENCY-VOLUSIA COUNTY SHERIFF'S OFFICE        (FL0640000)
           AGENCY CASE-532919                     OFFENSE DATE-05/24/2002
                         CHARGE 001-BATTERY-
                         ON OFFICER FIREFIGHTER EMT ETC
             STATUTE/ORDINANCE-FL784.07(2B)         LEVEL-FELONY    ,3RD DEG
                                  DISP-
                                  JUDICIAL-
         AGENCY-7TH CIRCUIT COURT, VOLUSIA CO COURTHOUSE ANNEX   (FL064015J)
         CHARGE 001 -COURT SEQ            COURT NO.-642002CF032772XXXAES
                         SUPPLEMENTAL ARREST DATA-
              STATUS-                          LEVEL-FELONY      ,3RD DEG
                 PROSC DATA-                      BATTERY-
                              --CONTINUED--

             SID  NUMBER:  1991484   PURPOSE CODE:P        PAGE:  28

                           BATTERY ON A POLICE OFFICER
         STATUTE/ORDINANCE-FL784.07(2B)         LEVEL-FELONY      ,3RD DEG
              STATUTE DESCRIPTN-ON OFFICER FIREFIGHTER EMT ETC
              DISP DATE-05/30/2002               DISP-N/A
                COURT DATA-BATTERY-
                           BATTERY ON A POLICE OFFICER
         STATUTE/ORDINANCE-FL784.07(2B)         LEVEL-FELONY      ,3RD DEG
              STATUTE DESCRIPTN-ON OFFICER FIREFIGHTER EMT ETC
              DISP DATE-09/24/2002               DISP-GUILTY/CONVICTED
              COUNSEL-PUBLIC      TRIAL-NONE     PLEA-NOLO CONTENDRE
                        SENT DATE-09/24/2002
                     CONFINEMENT-       -     8M17D,JAIL
                           CONCURRENT ,99999999999999
```

7

```
                        --CONTINUED--

    SID NUMBER: 1991484    PURPOSE CODE:P         PAGE: 29

         SUSPENDED SENT-               CREDITED TIME-    257D
              FINE-                        COURT COST-    $50
            CRT PROVISIONS-ABIDE BY COURT RESTRICTIONS
                           ABIDE BY COURT RESTRICTIONS
                SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
-------------------------------------------------------------------
 THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE
OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBU-
TED THE RECORD INFORMATION. IF YOU DID NOT SUBMIT FINGERPRINTS, THIS RECORD IS
PROVIDED AS A RESULT OF A NAME INQUIRY ONLY. POSITIVE IDENTIFICATION CAN ONLY
BE VERIFIED BY SUBMISSION OF A FINGERPRINT CARD AND COMPARISON BY FDLE. THIS
           RECORD WAS REQUESTED PURSUANT TO 943.053(3), F.S.
           AS MANDATED BY FLORIDA STATUTE 119.071(5), FULL SOCIAL
                            --CONTINUED--

    SID NUMBER: 1991484    PURPOSE CODE:P         PAGE: 30

         SECURITY NUMBERS ARE NOW EXEMPT FROM PUBLIC DISCLOSURE
         AND MAY BE DISCLOSED ONLY TO GOVERNMENTAL ENTITIES AND
         CERTAIN COMMERCIAL ENTITIES (UPON A SHOWING OF BUSINESS
             NECESSITY AS DEFINED BY THE LAW). FDLE WILL, HOWEVER,
        RELEASE THE LAST FOUR DIGITS OF THE SOCIAL SECURITY NUMBER.
                       EXAMPLE: XXX XX 1234.
                   THIS CONTAINS FLORIDA RECORD ONLY.
                  UNKNOWN AS TO NATIONAL RECORD STATUS.
                             END OF RECORD

                              --END--
```

8