# EXHIBIT 12



## FLORIDA DEPARTMENT OF CORRECTIONS

*Corrections Offender Network*

## Inmate Release Information Detail

(This information was current as of 6/5/2002)



| | |
|---|---|
| **DC Number:** | 241455 |
| **Name:** | HALLER, DAVID D |
| **Race:** | WHITE |
| **Sex:** | MALE |
| **Hair Color:** | BROWN |
| **Eye Color:** | BLUE |
| **Height:** | 5'06" |
| **Weight:** | 175 lbs. |
| **Birth Date:** | 11/24/1961 |
| **Release Facility:** | LAKE C. I. |
| **Custody:** | CLOSE |
| **Release Date:** | 05/28/2002 |

**Special Note:**

See Detainer
Section

**Stated Residence Upon Release:**

504 SEMINOLE STREET

CLEARWATER, FL 33755 33755

1

| Aliases: | |
| --- | --- |
| DAVID HALLER | DAVID D HALLER |
| DAVID DWAYNE HALLER | DAVID WAYNE HALLER |
| DWAYNE D HALLER | |

**Current Prison Sentence History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
| --- | --- | --- | --- | --- | --- |
| 04/01/1996 | AGG.STALK-CREDIBLE THREAT | 04/10/2001 | PINELLAS | 9700970 | 2Y 0M 0D |

*Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.*

**Current Community Supervision History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Community Supervision Length |
| --- | --- | --- | --- | --- | --- |
| 01/15/1997 | AGG.STALK-CREDIBLE THREAT | 10/02/1998 | PINELLAS | 9700970 | 4Y 0M 0D |

**Detainers:** (Further information may be obtained by contacting the detaining agency)

| Detainer Date | Agency | Type | Date Canceled |
| --- | --- | --- | --- |
| 03/31/1986 | NTFY:PINL.BD.CO.COM. | NTFY/P&P | 02/28/1992 |
| 04/10/2001 | 06A #9700970 PROB | NTFY/P&P | 05/28/2002 |
| 05/22/2002 | VOLUSIA CO SO | DETAIN | |

**Incarceration History:**

| Date In-Custody | Date Out-of-Custody |
| --- | --- |
| 04/10/1986 | 02/28/1992 |
| 04/17/2001 | 05/28/2002 |

**Prior Prison History:** (Note: Data reflected covers periods of incarceration with the Florida Dept.of Corrections since January of 1983)

| Offense | | | Sentence | | Case | Prison Sentence |
| --- | --- | --- | --- | --- | --- | --- |

| Date | Offense | Date | County | No. | Length |
|------|---------|------|--------|-----|--------|
| 04/06/1985 | RESISTING OFFICER W/VIOLEN. | 03/31/1986 | PINELLAS | 8503781 | 5Y 0M 0D |
| 09/08/1985 | BATT.LEO/FIRFGT/EMS/ETC. | 03/31/1986 | PINELLAS | 8510078 | 5Y 0M 0D |
| 01/11/1986 | L/L, INDEC.ASLT CHILD U/16 | 03/31/1986 | PINELLAS | 8600428 | 7Y 0M 0D |
| 04/17/1989 | BATT.LEO/FIRFGT/EMS/ETC. | 07/18/1989 | GADSDEN | 8900363 | 1Y 6M 0D |

**Prior Community Supervision History:** (Note: Data reflected covers periods of community supervision with the Florida Dept.of Corrections since January of 1983)

| Offense Date | Offense | Sentence Date | County | Case No. | Community Supervision Length |
|--------------|---------|---------------|--------|----------|------------------------------|
| 04/06/1985 | RESISTING OFFICER W/VIOLEN. | 06/21/1985 | PINELLAS | 8503781 | 3Y 0M 0D |
| 01/15/1997 | AGG.STALK-CREDIBLE THREAT | 07/29/1997 | PINELLAS | 9700970 | 5Y 0M 0D |
| 01/15/1997 | AGG.STALK-CREDIBLE THREAT | 10/02/1998 | PINELLAS | 9700970 | 1Y 0M 0D |

First | Previous | Next | Last | Return to List     New Search     Record: 1 of 1

*The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.*

*This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.*

*For questions and comments, you may contact the Department of Corrections, Bureau of Classification and Central Records, at (850) 488-9859 or go to Frequently Asked Questions About Inmates for more information. This information is made available to the public and law enforcement in the interest of public safety.*

**Search Criteria:** Last Name: haller First Name: david Search Aliases: on Sex: ALL Race: ALL Offense Category: ALL Classification Status: ALL Current Custody: ALL Identifier Type: ALL Release Type: ALL Release Date: From: Release Facility: ALL Stated County of Residence Upon Release: ALL County of Commitment: ALL Eye Color: ALL Hair Color: ALL

3

Return to Corrections Offender Information Network

**Privacy Policy** | **Accessibility**

4